# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Addam Orsburn,<br><br>           Plaintiff,<br><br>v.<br><br>Tandem Defense LLC, Jeremy<br>Schnipke, and Andrew Valkenburg,<br><br>           Defendants. | CIVIL ACTION<br>No.: 1:26-cv-01637-VMC<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF ADDAM ORSBURN**

I, Addam Orsburn, submit the following declaration:

1.     My name is Addam Orsburn. I am over the age of 18 and I have personal knowledge of the facts contained in this declaration.

2.     I graduated from the University of Science and Arts of Oklahoma in 2009 with a Bachelor of Business Administration. After graduation, I spent a year as a secondary school teacher, then I began working as a Drilling Fluids Engineer for Halliburton and spent the next decade of my civilian career in the oil and gas industry.

3.     In 2017, I enlisted in the Oklahoma Army National Guard and earned a commission as an officer in 2018. I then completed Engineer Basic Officer Leadership Course ("BOLC") to become engineer-qualified.

1

4.      As part of officer training, I attended BOLC in 2019. That course is where I first met Defendants Andrew Valkenburg and Jeremy Schnipke.

5.      Valkenburg[1] and I became friends pretty quickly. Valkenburg was one of the youngest people at BOLC, and I was among the oldest. We bonded over a shared interest in entrepreneurship and business. Schnipke and I were more acquaintances who shared a friendship with Valkenburg than friends.

6.      After I graduated BOLC, Valkenburg and I continued to stay in touch even though we served in different Army units. Around 2022 to 2023, as Valkenburg got closer to finishing up his service, the frequency of our conversations picked up. Like some of our first conversations, our discussions mainly revolved around business opportunities and building a business when military life ended.

7.      In September 2024, Valkenburg approached me with his idea for a business. Valkenburg was a procurement officer in the military, and his position enabled him to develop a deep understanding of the military procurement process.

8.      Valkenburg expressed to me that, during his time as a procurement officer, he heard the gripes from tactical-level units about a complex and opaque procurement process that took too long and did not provide what these units wanted, and he wanted to solve that problem.

---

[1] Any reference in this declaration to "Valkenburg" is a reference to Andrew Valkenburg. References to Neil Valkenburg include his first name.

9.    Valkenburg's idea was for us to start a company that provided ground-floor procurement and modernization. The company was called Strategic Logix. His vision involved four founding members: himself; me; Jeremy Schnipke; and Neil Valkenburg, his brother.

10.    In September 2024, shortly after Valkenburg started Strategic Logix, Valkenburg texted me that he was "adamant on building a team of owners otherwise it's just salespeople waiting to be paid I need people to help me make this successful not just do a job. And if we all make that happen we get rich." He also said, "Think of it from my perspective. I am not qualified to run a business but I am qualified to run federal sales. That's why I need you guys and want you all to have ownership because no one of us could do this on our own and the other 3 I think would collapse without the fourth." A copy of these messages is attached as **Exhibit A**.

11.    My initial compensation was a combination of commissions and ownership interest in the company. Valkenburg originally told me that I had a 5% interest in Strategic Logix and that I would receive a percentage of orders I brought in as a commission. For the first few months of my employment with Strategic Logix, I focused almost entirely on sales.

12.    By October 2024, my early success in sales led Valkenburg removing the commission component of my compensation and increasing my equity stake to

20%. Valkenburg also me that he was going to "retitle" me as Director of Business Development.

13.    I continued to be heavily involved in sales and marketing, often taking directions or instructions from Valkenburg.

14.    While Valkenburg had the idea for the business and brought the four of us together, he also took steps to obscure his involvement in Strategic Logix.

15.    In November 2024, Valkenburg, Schnipke, and I exchanged drafts of a potential operating agreement. The drafts listed the ownership breakdown as: (1) Schnipke (75%); (2) Neil Valkenburg (5%); and (3) me (20%). A copy of one of the draft operating agreements is attached as **Exhibit B**.

16.    Around the time that Schnipke sent around a draft operating agreement, I had separate conversations with Valkenburg and Schnipke about why Valkenburg would not be listed. Both told me that, because Valkenburg was still an active service member, it would cause problems if Valkenburg was an owner of a company that was selling to the military, so Valkenburg would not "officially" be listed as an owner until after his military service concluded.

17.    My understanding is that I was employed by Strategic Logix as the Director of Business Development. The draft operating agreement provided that "All members, including Addam Orsburn, will be employed by the LLC and will receive

4

a fixed salary in addition to their ownership distributions." (Operating Agreement Art. IV, Ex. B.)

18.    Additionally, we agreed to elect taxation as an S-Corp. While I am no tax expert, my understanding from discussions with Schnipke, Valkenburg, and Neil Valkenburg is that part of that election means that shareholders must receive a reasonable salary as earned income. And, in conversations with Valkenburg, he referred to me and the other founders as "employees." A copy of these messages is attached as **Exhibit C**.

19.    Valkenburg seemed to make some efforts to hide his involvement in Strategic Logix. For example, Valkenburg avoided using his name on some customer quotes or public posts, and he and Schnipke shared access to an email account so Valkenburg could write emails, then have Schnipke revise and send them. Valkenburg and Schnipke would also occasionally refer to Valkenburg not being "officially" or "technically" involved in Strategic Logix. A copy of text messages related to these practices is attached as **Exhibit D**.

20.    At the same time, Valkenburg listed his title at Strategic Logix as the "Chief Operating Officer" and a "Partner." A copy of Valkenburg's signature block is attached in **Exhibit E**.

21.    And Valkenburg remained heavily involved in Strategic Logix. I routinely worked with Valkenburg on business development and sales. Normally,

5

Valkenburg took the lead and told me what to do. I have included as **Exhibit F** to this Declaration a compilation of text messages relating to some of my work with Valkenburg and included four additional communications as **Exhibits G-J**.

22.    Strategic Logix's early success had wildly exceeded what I thought possible in such a short time. That success was also reflected in how Valkenburg valued the company. In a December 30, 2024 conversation between me, Valkenburg, and Schnipke, Valkenburg said the "worst case scenario" valuation for the company was $20 million, and the "best case scenario" was that the company was worth $47 million. Valkenburg also calculated what he would receive from sales at these valuations. A copy of these messages is attached as **Exhibit K**.

<strong><u>Orsburn Provides Notice of His Deployment</u></strong>

23.    As 2024 drew to a close, I began preparations to begin my deployment with the Oklahoma Army National Guard.

24.    As a National Guard officer, I may be called to active service under Title 32 or Title 10 activation orders. If an individual fails to report for duty in response to active duty orders, they can suffer serious consequences, such as administrative sanctions, loss of pay, confinement, discharge from service, or be charged with offenses under the Uniform Code of Military Justice.

25.    Around January 2024, I received confirmation of my deployment orders for active duty support of Special Operations Command Africa. Following

6

receipt of those orders, I selected and trained 50 service members to fit the military occupation specialty positions needed for the mission.

26.    On or about September 17, 2024, I received orders to report for active duty on January 11, 2025 for an active duty period of up to 400 days. A copy of the Army deployment orders is attached as **Exhibit L**.

27.    The authority identified for my deployment is Title 10 U.S.C., Section 12302.

28.    Valkenburg and Schnipke both knew about my upcoming deployment. We had discussed it when Strategic Logix was initially formed, and I let them both know that, while I would try to stay involved in the business, my ability to continue working for Strategic Logix may be limited due to my deployment.

29.    I texted Valkenburg a picture of my deployment orders soon after I received them. A copy of that text message is attached as **Exhibit M**. We also discussed my upcoming deployment at a November 2024 shareholders meeting, which Valkenburg, Schnipke, and I attended.

30.    After completing training in early January 2025, my active duty period began on January 11, 2025.

31.    During my deployment as an Army officer, I was assigned as lead engineer support for Special Operations Forces ("SOF") units engaged in operations against the Islamic State of Iraq and Syria, Al Shabab, and other militant groups.

32.    To my knowledge, during the time period that I was in theater, there was very high demand for engineering support due to limited qualified personnel.

33.    After arriving in Africa, I was also told that I would act as the Camp Commandant of a forward operating base for certain United States personnel. As a result, I was required to spend significant amounts of time in a building without unclassified internet access. Additionally, I was also regularly ordered to travel to various bases across the continent to provide mission support to SOF commanders.

### Strategic Logix's Continued Growth

34.    Before my deployment began, Strategic Logix found its niche in America-sourced, cheap, easily repaired, modular drones, which we marketed as "modular" and "scalable" solutions. While I was deployed, the company continued to grow at an incredible pace as military demand for our products intensified.

35.    In April 2025, Valkenburg told me that Strategic Logix was "on the verge of some really big deals" and that he was "doing a bang up job of BD I just need to grow sales. Got 2 new people and another interviews like next Tuesday and we are posting jobs soon." A copy of this message is attached as **Exhibit N**.

36.    One of Strategic Logix's offerings, the Rapid Reconfigurable Systems Line ("RRSL"), a modular platform for various drone use cases, was garnering extensive interest. Strategic Logix obtained Blue UAS certification, a certification

confirming security and procurement standards set by the Department of Defense. And, in May 2025, the RRSL took second place at a drone race and competition.

37. In the summer of 2025, Strategic Logix was invited to submit a proposal for the Army Purpose-Built Attritable System ("PBAS") program of record, a program with the aim to deliver domestically sourced, low-cost, modular, and mission-adaptable drone capabilities to platoon-level units across the Army.

38. It is hard to overstate how big this was for the company. If Strategic Logix were selected, the company would have a multi-year purchasing pipeline that would likely exceed $100 million in revenue. That potential selection gave Strategic Logix incredible growth potential.

39. Based on my conversations with Valkenburg, Valkenburg suggested that Strategic Logix was getting a lot of interest from potential investors. In May 2025, Valkenburg told me that he was "negotiating us salaries if we do sell out and advisory roles. It's a nonnegotiable in fact." Valkenburg also told me that he "can't wait for [me] to come back in any capacity . . . ." A copy of that message is attached as **Exhibit O**.

40. On June 6, 2025, Valkenburg told me that one investor had floated $250mm for 75% of the company, resulting in my retaining 5% with a salaried position, Andrew Valkenburg and Schnipke each with 9.4%, and Neil Valkenburg with approximately 1%. Valkenburg also told me that "our goal" was to get as high

9

of a valuation as possible "while keeping jobs and retaining some ownership." A copy of those exchanges is attached as **Exhibit P**.

41.　My understanding is that Valkenburg and Schnipke paused discussions with investors until a decision had been made on the PBAS program selection because, if Strategic Logix were selected, that would have a significant, positive impact on the company's valuation.

42.　The company's financial success enabled us to start paying salaries and to set up benefits.

43.　In August 2025, Valkenburg set up benefits for the group through Insperity. When he communicated the benefits to Schnipke, Neil Valkenburg, and me, he recognized, "For owners, if we fund our benefits out of pocket, it is post tax, as that is a rule for S Corps. So, the company will be funding our benefits." Valkenburg also set up a call with me to discuss my salary and benefits. A copy of that email is attached as **Exhibit Q**, and Valkenburg's message to me is attached as **Exhibit R**.

44.　I completed and returned the benefits election form to Valkenburg.

45.　I also separately discussed with Valkenburg what my salary would be. I asked to be paid $215,000 per year, which was $5,000 more than I had ever made. Valkenburg agreed to my requested salary.

46.    Also around August 2025, I was offered a new position that would extend my deployment. I talked to Valkenburg about being offered this position, and Valkenburg told me to not extend my deployment.

47.    In September 2025, Strategic Logix was selected for PBAS. The selection—beyond the immense revenue directly available under the program—also gave Strategic Logix the ability to market some of its drones as "program of record" selections, tantamount to the Army's seal of approval and a potent qualification to highlight in bids for other government contracts.

48.    The incoming revenue and demand for Strategic Logix's products was so significant that, after the selection, Strategic Logix placed a $12.8 million order for 160,000 drone components with Unusual Machines, a major supplier. A copy of Unusual Machine's press release is attached as **Exhibit S** and Strategic Logix's press release is attached as **Exhibit T**.

### Schnipke and Valkenburg Ambush Orsburn

49.    On September 25, 2025, I received a message from Valkenburg to call him because he had received an offer. During the call, Valkenburg told me that the sale offer was for something around $60 million to $70 million, plus receiving stock in the new company, and employment contracts. He asked me if I was still fine with my salary being $215,000 a year, and I said it was.

11

50.     In the same conversation, Valkenburg told me that Neil Valkenburg had "given back" his 5% interest because he did not feel like he did enough work for the company to warrant receiving that amount of money. Instead, Valkenburg said his brother requested, "Buy me a house when y'all get rich."

51.     At the time, my understanding was that, following the conclusion of my deployment, I would return to my position as the Director of Business Development with the benefits I selected and with a $215,000 salary.

52.     My role—listed as Business Development Director—was included on a circulated employee organizational chart. A copy of that organizational chart is attached as **Exhibit U**.

53.     In early October, Valkenburg called me and said he needed to convey "bad news": Valkenburg and Schnipke did not feel that the current ownership structure was "equitable" given my "absence" from deployment. Valkenburg told me that Schnipke was going to offer to buy out my 20% interest in the company.

54.     On Tuesday, October 10, 2025, I had a conversation over Microsoft Teams with Schnipke. A copy of those messages is attached as **Exhibit V**.

55.     Following this conversation, I had several conversations with Valkenburg about a potential resolution over Microsoft Teams, but I no longer have access to those messages.

56.　On Friday, October 13, 2025, Schnipke told me over Teams that he did not "think an earn-in or reset structure really makes sense anymore," that "we've already got an attorney helping with the process," and proposed to buy out my interest. (Teams Messages at 8, Ex. V.)

57.　On October 14, 2025, I called Valkenburg and had a 23-minute FaceTime meeting with him. During this meeting, Valkenburg told me that what Schnipke was doing was wrong and he did not want this, but he would never go against Jeremy.

58.　I told Valkenburg that they were making a huge mistake and that their efforts to hide the true ownership and employment with the company would come out in a dispute. He conceded, "Yeah, that's not ideal."

59.　Valkenburg then asked me whether I cared about the company. I responded, "Of course I do. That's why I'm begging you guys to not do this." Valkenburg responded with something like, "This is wrong, this is not what I wanted. I'll fix this. I gotta go," then he hung up.

60.　That was the last time I spoke with Valkenburg, and Schnipke or Valkenburg removed my access to Strategic Logix's systems around this time.

**Schnipke's and Valkenburg's Claims**

61.    I retained an attorney, Jason Gordon, to represent me. Gordon requested my reinstatement with Strategic Logix sooner than 90 days after the conclusion of my deployment.

62.    During this dispute, I learned that Andrew Valkenburg claimed that he was not an owner or member of Strategic Logix. That is false. Valkenburg founded Strategic Logix, drove its growth, supervised employees, hired employees, represented himself as a "Partner," handled payroll, participated in acquisition or investment discussions for Strategic Logix, performed work for Strategic Logix from his home, and consistently represented himself as having an ownership percentage in Strategic Logix. I, by contrast, did not have authority to hire, fire, or discipline employees, make payroll decisions, or have any meaningful involvement in a potential investment in or acquisition of Strategic Logix.

63.    I attached as composite **Exhibit W** a series of text messages where Andrew Valkenburg acknowledged or referred to his shareholder status.

64.    I attached as composite **Exhibit X** a series of messages over Signal, an encrypted messaging application, where Valkenburg acknowledged or referred to his shareholder status.

65.    I attached as **Exhibit Y** a LinkedIn message regarding Valkenburg's ownership interest.

14

**Orsburn's Return From Active Duty**

66.     After Schnipke and Valkenburg refused to reinstate me to my position as the Director of Business Development, I elected to remain on active duty.

67.     Most of my unit had the option to return to the United States in late October 2025. I, along with six other soldiers, stayed behind to facilitate the transition to our replacement unit.

68.     From approximately December 4 to December 16, 2025, I completed demobilization at Ft. Bliss, Texas.

69.     My active duty period ended on January 25, 2026. A copy of my DD214, a form that provides the dates of my active duty period, is attached as **Exhibit Z**. I received an honorable discharge.

70.     I suffered service-related medical injuries during my deployment, so I spent the period between January 26, 2026 to early March 2026 submitting paperwork for recognition of these service-related medical issues.

71.     On March 6, 2026, I received active duty orders to report on March 11, 2026 for managed medical care and to complete medical care and treatment with a separation date of April 29, 2026. A copy of these orders is attached as **Exhibit AA**.

72.     I do not have a job. I planned to rejoin Strategic Logix as the Director of Business Development. But now, even if I could, it appears that Valkenburg and Schnipke have shifted Strategic Logix's operations and activities to another

15

company. I received and reviewed copies of Strategic Logix's bank account records, and both incoming and outgoing transactions significantly declined beginning in late October to early November 2025.

### Orsburn Discovers Tandem Defense

73. On March 9, 2026, I first learned about a company called Tandem Defense from a news article. Tandem Defense identifies itself as a wholly owned subsidiary of another company, Powerus.

74. Powerus's website lists Andrew Valkenburg as the CEO of Tandem Defense.

75. Tandem Defense, like Strategic Logix, focuses on selling cheap drones to the military with a focus on modularity and ease of repair.

76. Tandem Defense appears to have rebranded what Strategic Logix called Rapid Reconfigurable Systems Line ("RRSL") as the "Matrix" drones. The drones are largely offered in the same size intervals, same architectures, and same functionalities as Strategic Logix's offerings and offered at the same price.

77. Tandem Defense also appears to take credit for Strategic Logix's accomplishments. For example, Tandem Defense's website describes the Matrix F drone as the "first US-made fiber optic FPV drone." That is not true, because Strategic Logix offered the first US-made fiber optic FPV drone.

78. Tandem Defense also identifies several drones as "PBAS Tranche 1.1 Winner" models. Strategic Logix was a PBAS Tranche 1.1 winner, and Tandem Defense did not exist at the time that the PBAS Tranche 1.1 selection was made.

79. Some of the pictures on Tandem Defense's website appear to be the same pictures that were used on Strategic Logix's website.

80. Tandem Defense uses the tagline "War moves fast, we move faster" for marketing. Strategic Logix used the same tagline in its marketing materials.

81. Tandem Defense previously listed on its website a drone called the "VTRX." This drone has near-identical functionality and specifications as the "VRTX," a drone sold by Strategic Logix.

82. During the evening of Tuesday, March 17, 2026, I reviewed the "leadership" page of Powerus. To my surprise, Jeremy Schnipke had appeared on the website as the "COO" of Tandem Defense. A copy of the screenshot I took is below:



83.    By the next morning, Schnipke had been removed from the Powerus leadership page.

**Orsburn's Current Status**

84.    My duty period for managed medical care ended on April 29, 2026.

85.    While I have been searching for another job, I have not received another employment offer. I had planned to rejoin Strategic Logix, but I believe that, even if I received an offer to return to Strategic Logix, Valkenburg and Schnipke have moved Strategic Logix's operations to Tandem Defense.

86.    If I do not obtain employment in the near future, it will cause me and my family financial hardship.

18

87.     I remain ready, willing, and able to perform the business functions I performed prior to my deployment as the Director of Business Development or an equivalent position for Tandem Defense.

I declare under penalty of perjury (28 U.S.C. § 1746) that the foregoing is true and correct.

Executed on April 30, 2026.

Addam L Orsburn

_____

Addam Orsburn

# EXHIBIT A

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | Chat Session | Message Date | Read Date | Service | Type | Sender ID | Sender Name | Text |
| 2 | Andrew Valkenburg | 9/24/2024 22:58 | 9/24/2024 22:58 | iMessage | Outgoing | | | You guys need me as much as I need you. |
| 3 | Andrew Valkenburg | 9/24/2024 22:58 | 9/24/2024 22:58 | iMessage | Outgoing | | | Neil was gonna kill somebody |
| 4 | Andrew Valkenburg | 9/24/2024 23:00 | 9/24/2024 23:00 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | I was just explaining that to Neil. Think of it from my perspective. I am not qualified to run a business but I am qualified to run federal sales. That's why I need you guys and want you all to have ownership because no one of us could do this on our own and the other 3 I think would collapse without the fourth. I've been thinking about this team for several years now because of the value each person brings. And I need everyone to care enough to take 30 minutes to argue about terminology which wouldn't happen if you didn't have a stake haha |
| 5 | Andrew Valkenburg | 9/24/2024 23:01 | 9/24/2024 23:01 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | He already warned me once but he wouldn't tell me how to fix it really lol. I'm the type of guy who needs to fully understand something and I wasn't there yet. I'm further along now |
| 6 | Andrew Valkenburg | 9/24/2024 23:01 | 9/24/2024 23:01 | iMessage | Outgoing | | | This is why I wanted a voice. You know how many times I've been just an employee sitting around listening to a bunch of idiots and not being able to line them out or just thinking, fuck it, not my circus not my monkeys. |
| 7 | Andrew Valkenburg | 9/24/2024 23:02 | 9/24/2024 23:02 | iMessage | Outgoing | | | I'm too old for that shit. I'll keep doing what I'm doing before I eat shit again for most. |
| 8 | Andrew Valkenburg | 9/24/2024 23:02 | 9/24/2024 23:02 | iMessage | Outgoing | | | Money€ |
| 9 | Andrew Valkenburg | 9/24/2024 23:02 | 9/24/2024 23:02 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | That's why I was so adamant on building a team of owners otherwise it's just salespeople waiting to be paid I need people to help me make this successful not just do a job. And if we all make that happen we get rich |
| 10 | Andrew Valkenburg | 9/24/2024 23:02 | 9/24/2024 23:02 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | I truly think 3/4 of us couldn't do this job. We need all 4 |

# EXHIBIT B

# LIMITED LIABILITY CORORATION OPERATING AGREEMENT OF
# Strategic Logix LLC

*(An LLC Operating Agreement under the laws of the State of Georgia,*
*filing taxes as an S Corporation)*

## ARTICLE I: FORMATION OF LLC

1) **Formation**: This Operating Agreement is entered into and made effective as of **[Date]**, by and among the members listed in Exhibit A (the "Members").

   a) The name of the LLC is **Strategic Logix LLC**, organized under the laws of the State of Georgia.

   b) The principal office of the LLC is located at **6175 Trail Hikes Drive, Sugar Hill, GA 30518**

2) **Registered Agent**: The LLC's registered agent is **Jeremy Schnipke** with a registered office at **6175 Trail Hikes Drive, Sugar Hill, GA 30518**

## ARTICLE II: PURPOSE OF LLC

The LLC is formed for the purpose to engage in the sale and distribution of high-quality products and services to consumers and businesses, and to pursue any lawful activities related to this purpose and any other lawful business activities permitted in the State of Georgia.

## ARTICLE III: MEMBERSHIP INTERESTS AND OWNERSHIP

1) **Initial Ownership**: The ownership of the LLC shall be as follows:

   a) **Jeremy Schnipke**: 75%

   b) **Neil Valkenburg**: 5%

   c) **Addam Orsburn**: 20%

2) **Additional Ownership Terms**:

   a) Ownership stake is effective immediately upon the execution of this Agreement.

## ARTICLE IV: MANAGEMENT OF THE LLC

1. **Manager-Managed Structure**: The LLC shall be Manager-Managed, with **Jeremy Schnipke** serving as the CEO and Manager. While decisions can be discussed among Members, the final authority rests with **Jeremy Schnipke**.

2. **Member Roles and Salaries**:

   a) All Members, including Addam Orsburn, will be employed by the LLC and will receive a fixed salary in addition to their ownership distributions.

   b) Salary amounts will be determined separately and distributed monthly.

## ARTICLE V: DISTRIBUTIONS

1. **Profit Distribution**: Profits and losses will be distributed based on ownership percentages.

2. **Distributions**: Distributions will be made to Members after accounting for reasonable operational needs.

3. **Tax Election**: The LLC elects to file federal income taxes as an **S Corporation** and shall distribute earnings in accordance with S Corporation tax rules.

## ARTICLE VI: DECISION MAKING AND VOTING

1. **Decision-Making Authority**: **Jeremy Schnipke**, as CEO and Manager, has final decision-making authority, though discussions among Members are encouraged.

2. **Voting**: Decisions requiring a vote will be decided by a **61% majority vote** of Members.

3. **Major Decisions**: Any decision regarding adding members or transferring ownership will be subject to voting and must meet specific requirements as outlined in Article VII.

## ARTICLE VII: TRANSFER OF OWNERSHIP AND ADDITION OF MEMBERS

1. **First Right of Refusal**: If a Member intends to sell their ownership interest, existing Members have the first right to purchase that interest. The purchasing order will follow ownership percentages, starting from the highest stake to the lowest.

2. **Valuation of Ownership**: The company's value for ownership transfer purposes shall be determined at **2.7x the previous year's revenue**.

3. **Internal Transfers**: Internal transfers of ownership require approval by a **61% majority vote** of Members.

4. **External Transfers**: Transfers to non-members must be approved by **unanimous consent** of all Members.

---

## ARTICLE VIII: LEADERSHIP AND OWNERSHIP TRANSITION

1) **Leadership Transition**:

    a) In the event of an owner's retirement, the selection of a new executive-level position (e.g., CEO, CFO, etc.) must be approved by a **51% majority vote** of the remaining owners.

2) **Ownership Transition Upon Death of a Single Member**:

    a) In the event of the death of a single owner, their **next of kin** will have the option to:

        i) Be **bought out** based on the company's valuation at **2.7x the previous year's revenue**, or

        ii) Join the company as a new owner, subject to approval by a **51% majority vote** of the surviving owners.

    b) If the next of kin chooses to join the company, their role and ownership responsibilities will be defined during the approval process.

3) **Ownership Transition Upon Simultaneous Deaths of All Original Owners**:

    a) If **all original owners die simultaneously**, the ownership of the company shall be distributed as follows:

        i) **50% of the company's ownership stake** will be distributed to the next of kin of the original owners, proportional to their respective ownership percentages.

        ii) The remaining **50% of the company's ownership stake** will be distributed equally among the company's employees.

4) **Selection of Leadership After Simultaneous Deaths of Original Owners**:

    a) In the event that **all original owners die simultaneously**, the executive-level positions they were fulfilling will be open to anyone within the company.

    b) These positions will be decided through a **UFC-style cage match tournament**. The winners of the tournament will be appointed to the available positions in the company.

5) **Memorializing the Original Owners**:

a) In the event of the simultaneous deaths of all original owners, the LLC is mandated to spend **1% of its annual revenue annually** to memorialize the original owners. The memorialization activities may include, but are not limited to, charitable contributions, commemorative events, plaques, or other initiatives that honor the legacy of the original owners. The specific method of memorialization shall be determined by the surviving members of the company or, in their absence, the newly appointed leadership team.

---

## ARTICLE IX: DISSOLUTION

1) **Dissolution Events**: The LLC shall be dissolved upon:

   a) Unanimous consent of all Members.

   b) A vote of Members holding over **61%** of the ownership interests.

2) **Winding Up**: Upon dissolution, assets will be liquidated and distributed based on ownership percentages.


By: _____          By: _____

Name: Jeremy Schnipke                 Name: Addam Orsburn

Date: November XX, 2024               Date: November XX, 2024



By: _____          By: _____

Name: Neil Valkenburg                 Name:

Date: November XX, 2024               Date:

# EXHIBIT C

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | **Chat Session** | **Message Date** | **Read Date** | **Service** | **Type** | **Sender ID** | **Sender Name** | **Text** |
| 2 | Andrew Valkenburg | 10/11/2024 22:19 | 10/11/2024 22:21 | iMessage | Outgoing | | | Should we have a company LinkedIn page |
| 3 | Andrew Valkenburg | 10/11/2024 22:21 | 10/11/2024 22:24 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Hm. How do you think that helps us |
| 4 | Andrew Valkenburg | 10/11/2024 22:27 | 10/11/2024 22:27 | iMessage | Outgoing | | | https://www.linkedin.com/company/lohfeld-consulting-group/ |
| 5 | Andrew Valkenburg | 10/11/2024 22:27 | 10/11/2024 22:27 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | I think it helps us with recruiting, possibly some legitimacy. Maybe some partnerships.<br><br>But it also shows we have 4 employees. And Iâ€™d rather hide behind a shadow right now and seem bigger and more successful because I think thatâ€™s builds trust |
| 6 | Andrew Valkenburg | 10/11/2024 22:27 | 10/11/2024 22:27 | iMessage | Outgoing | | | Recruitment, visibility etc |
| 7 | Andrew Valkenburg | 10/11/2024 22:28 | 10/11/2024 22:28 | iMessage | Outgoing | | | We have 5. Kind of |
| 8 | Andrew Valkenburg | 10/11/2024 22:28 | 10/11/2024 22:28 | iMessage | Outgoing | | | lol |
| 9 | Andrew Valkenburg | 10/11/2024 22:28 | 10/11/2024 22:28 | iMessage | Outgoing | | | Okay |
| 10 | Andrew Valkenburg | 10/11/2024 22:28 | 10/11/2024 22:28 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | True!!! Forgot lol. So I was thinking we get somebody on to the team whoâ€™s â€œadditional dutyâ€ is as a recruiter |
| 11 | Andrew Valkenburg | 11/27/2024 19:22 | 11/27/2024 19:23 | iMessage | Outgoing | | | Jeremy was talking about the pay structure for this year. Hoping he explains a little more at the meeting bc I didnâ€™t quite get it |
| 12 | Andrew Valkenburg | 11/27/2024 19:23 | 11/27/2024 19:26 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Yeah good twist I liked how you did it. You shouldâ€™ve seen the incoherent crap I was writing. Also looking back the other email I was â€œcooking onâ€ sucks just as bad |
| 13 | Andrew Valkenburg | 11/27/2024 19:23 | 11/27/2024 19:26 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Yeah? Whatâ€™d he say |
| 14 | Andrew Valkenburg | 11/27/2024 21:09 | 11/27/2024 21:09 | iMessage | Outgoing | | | I didnâ€™t really track on it.<br>Something about not taking anything this year but still laying taxes on the full amount that we are owed reinvesting in business. Which Iâ€™d be okay with partially. It not fully bc I donâ€™t want to be out the taxes. |
| 15 | Andrew Valkenburg | 11/27/2024 21:11 | 11/27/2024 21:12 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Iâ€™d be interested to hear this payment plan too |

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | **Chat Session** | **Message Date** | **Read Date** | **Service** | **Type** | **Sender ID** | **Sender Name** | **Text** |
| 16 | Andrew Valkenburg | 11/27/2024 21:14 | 11/27/2024 21:14 | iMessage | Outgoing | | | If my payout is 20k just to make it easy Iâ€™m not cool with having to pay 4k In tax and not getting anything at all. Be kinda rough bc Iâ€™m already forking out 20k for property tax at end of the year too |
| 17 | Andrew Valkenburg | 11/27/2024 21:14 | 11/27/2024 21:28 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Well the original plan was to determine a payment value call it $20k and then pay you $27k or whatever it takes for you to take home $20k |
| 18 | Andrew Valkenburg | 11/27/2024 21:16 | 11/27/2024 21:28 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | I also assume we will make enough money next year to make it worth everyoneâ€™s while |
| 19 | Andrew Valkenburg | 11/27/2024 21:29 | 11/27/2024 21:29 | iMessage | Outgoing | | | Yeah Iâ€™m not worried about it. Just dont want to pay taxes on no money received, basically, donâ€™t want to be out 4 grand |
| 20 | Andrew Valkenburg | 11/27/2024 21:29 | 11/27/2024 21:30 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | I donâ€™t understand how that would happen if you donâ€™t accept any money |
| 21 | Andrew Valkenburg | 11/27/2024 21:30 | | iMessage | Outgoing | | | Bc the operating agreement requires that it be paid out but you can opt to leave it in the business and the business keeps it to distribute to you later but you still have to pay tax on it |
| 22 | Andrew Valkenburg | 11/27/2024 21:30 | 11/27/2024 21:30 | iMessage | Outgoing | | | As earned income |
| 23 | Andrew Valkenburg | 11/27/2024 21:31 | 11/27/2024 21:31 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Ah yes we are mandated to pay shareholders a â€œfair and reasonable salaryâ€ |

# EXHIBIT D

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | **Chat Session** | **Message Date** | **Read Date** | **Service** | **Type** | **Sender ID** | **Sender Name** | **Text** |
| 2 | Andrew Valkenburg | 10/22/2024 3:17 | 10/22/2024 3:21 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Scotti is our Account Executive. This is huge for us. Obviously we haven't signed a contract or gone over roles and responsibilities or expectations so this will evolve but my initial plan is:<br><br>Our Account Executive is the ultimate failsafe for the business. Someone who knows sales, customer service, systematics, etc. they call to check in on customers periodically, they give hints to the sales reps and make them look good with the info they get. They fill in for a salesperson when sick, they manage revolving accounts, and when they have time they improve systems. They would have a hand in literally every system from quoting to paperwork to POs to fulfillment and will be our heartbeat on how things are going. This position will eventually need to be salary but for now I vote that the owners (majority Andrew and Jeremy) pay out money directly from dividends quarterly at the absolute minimum and more frequently if possible. |
| 3 | Andrew Valkenburg | 10/22/2024 10:37 | 10/22/2024 12:15 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | In accordance with the systems engineering I'm doing on the business last night and today I want to retitle you as Director of Business Development. You'd still be over our Field Pros but 1. It's a higher position typically 2. In the two companies I know structure and use them as a basis both BDDs are 5-10% owners and 3. It implies you do more than sales which you do |
| 4 | Andrew Valkenburg | 11/9/2024 17:22 | 11/9/2024 17:22 | iMessage | Outgoing | | | Basically what we have now. Jeremy sent quotes today from QB and that shit just F's us bc I can't track it |
| 5 | Andrew Valkenburg | 11/9/2024 17:23 | 11/9/2024 17:23 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | What quotes did he send |
| 6 | Andrew Valkenburg | 11/9/2024 17:23 | 11/9/2024 17:23 | iMessage | Outgoing | | | Actually it was sent on the 22nd it looks like |
| 7 | Andrew Valkenburg | 11/9/2024 17:23 | 11/9/2024 17:23 | iMessage | Outgoing | | | To 2-7<br>Ponchos |
| 8 | Andrew Valkenburg | 11/9/2024 17:24 | 11/9/2024 17:24 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | That was me because I didn't want my name on the quote |

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | **Chat Session** | **Message Date** | **Read Date** | **Service** | **Type** | **Sender ID** | **Sender Name** | **Text** |
| 9 | Andrew Valkenburg | 11/9/2024 17:24 | | iMessage | Outgoing | | | Okay. Were they done through HubSpot |
| 10 | Andrew Valkenburg | 11/9/2024 17:25 | 11/9/2024 17:25 | iMessage | Outgoing | | | No they are through QB.<br>Must have been before HS |
| 11 | Andrew Valkenburg | 11/9/2024 17:25 | 11/9/2024 17:25 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Yeah I havenâ€™t been adding previous deals to hubspot |
| 12 | Andrew Valkenburg | 12/14/2024 19:46 | 12/14/2024 19:46 | iMessage | Outgoing | | | Card issue is a big deal. We canâ€™t operate off a fukn debit card |
| 13 | Andrew Valkenburg | 12/14/2024 19:46 | 12/14/2024 19:46 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | So theyâ€™re calling her upset that a starlink hasnâ€™t shown up in 2 days after they waited to fund an order for 30 days |
| 14 | Andrew Valkenburg | 12/14/2024 19:46 | 12/14/2024 19:46 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Well we could if it didnâ€™t have like a $6k limit |
| 15 | Andrew Valkenburg | 12/14/2024 19:46 | 12/14/2024 19:46 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | But yeah agreed big issue |
| 16 | Andrew Valkenburg | 12/14/2024 19:46 | 12/14/2024 19:46 | iMessage | Outgoing | | | They are texting. Iâ€™m<br>Sure itâ€™s bc next week they go on leave |
| 17 | Andrew Valkenburg | 12/14/2024 19:46 | 12/14/2024 19:46 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | I will get a card |
| 18 | Andrew Valkenburg | 12/14/2024 19:47 | 12/14/2024 19:47 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | I just am not officially on this business so I figured you Jeremy or Neil would get one |
| 19 | Andrew Valkenburg | 12/14/2024 19:47 | 12/14/2024 19:47 | iMessage | Outgoing | | | I told Jeremy we need Amexâ€™s. |
| 20 | Andrew Valkenburg & Je | 1/14/2025 20:33 | 1/14/2025 20:41 | iMessage | Incoming | 14192033215 | Jeremy Schnipke | Andrewâ€™s vote doesnâ€™t count |
| 21 | Andrew Valkenburg & Je | 1/14/2025 20:33 | 1/14/2025 20:41 | iMessage | Incoming | 14192033215 | Jeremy Schnipke | Because he technically doesnâ€™t work here |
| 22 | Andrew Valkenburg & Je | 1/14/2025 20:33 | 1/14/2025 20:41 | iMessage | Incoming | 16785168183 | Stephen | I technically donâ€™t work here either |
| 23 | Andrew Valkenburg & Je | 1/14/2025 20:34 | 1/14/2025 20:41 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Yeah neither does scotti |
| 24 | Andrew Valkenburg | 2/1/2025 10:18 | 2/1/2025 10:44 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Can you post this please I realized I should not be the one to do it |
| 25 | Andrew Valkenburg | 2/1/2025 10:18 | 2/1/2025 10:44 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | |
| 26 | Andrew Valkenburg | 2/1/2025 10:18 | 2/1/2025 10:44 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | |

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | **Chat Session** | **Message Date** | **Read Date** | **Service** | **Type** | **Sender ID** | **Sender Name** | **Text** |
| 27 | Andrew Valkenburg | 2/1/2025 10:18 | 2/1/2025 10:44 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | So I deleted it |

# EXHIBIT E

 **Outlook**

---

## Fwd: Meeting Slides - Very Rough Draft

---

**From** Andrew Valkenburg <avalkenburg@strategic-logix.com>

**Date** Wed 11/27/2024 5:30 PM

**To** Addam Orsburn <aorsburn@strategic-logix.com>

🔗 1 attachment (569 KB)

Strategic Logix LLC - Shareholders meeting.pptx;

Sincerely,

Andrew J. Valkenburg
Chief Operations Officer **|** Partner,
Strategic Logix

484-225-9132
Avalkenburg@strategic-logix.com

---------- Forwarded message ---------
From: **Andrew Valkenburg** <avalkenburg@strategic-logix.com>
Date: Fri, Nov 22, 2024 at 10:48 PM
Subject: Fwd: Meeting Slides - Very Rough Draft
To: Neil Valkenburg <nvalkenburg@strategic-logix.com>

Check these out. I think you might have to run some financial projections so we know what 40% of budget means while including reasonable salaries and maybe a projection of dividends

Also I've got some 1-N items to give you for this I'll text them

Sincerely,

Andrew J. Valkenburg
Chief Operations Officer **|** Partner,
Strategic Logix

484-225-9132
Avalkenburg@strategic-logix.com

---------- Forwarded message ---------
From: **Jeremy Schnipke** <jschnipke@strategic-logix.com>
Date: Fri, Nov 22, 2024 at 10:45 PM
Subject: Meeting Slides - Very Rough Draft
To: Andrew Valkenburg <avalkenburg@strategic-logix.com>

--

**Sincerely,**

Jeremy Schnipke
Chief Executive Officer, Strategic Logix LLC
Mobile: 419-203-3215
jschnipke@strategic-logix.com

# EXHIBIT F

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | Chat Session | Message Date | Read Date | Service | Type | Sender ID | Sender Name | Text |
| 2 | Andrew Valkenburg | 9/19/2024 19:34 | 9/19/2024 20:14 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Wanna help me with a purchase order? |
| 3 | Andrew Valkenburg | 9/19/2024 20:15 | 9/19/2024 20:23 | iMessage | Outgoing | | | Yes |
| 4 | Andrew Valkenburg | 9/19/2024 20:23 | 9/19/2024 20:23 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Letâ€™s do it |
| 5 | Andrew Valkenburg | 9/25/2024 10:29 | 9/25/2024 10:33 | iMessage | Outgoing | | | Bro<br>AR 700-84<br>3-7<br>Civilian purchase of utility uniform<br>a. Commanders may authorize OMA funds, through the use of the GPC, for the purchase of civilian uniforms, undershirts, footwear and other uniform related itemsâ€¦ |
| 6 | Andrew Valkenburg | 9/25/2024 10:33 | 9/25/2024 10:48 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Send that one out |
| 7 | Andrew Valkenburg | 9/25/2024 10:33 | 9/25/2024 10:48 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Fantastic work |
| 8 | Andrew Valkenburg | 9/25/2024 10:33 | 9/25/2024 10:48 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Like send it to Jeremy too |
| 9 | Andrew Valkenburg | 10/4/2024 23:34 | 10/4/2024 23:34 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | 2-7IN Brandon York<br>2x Anker 767 Powerhouse or whatever generator<br><br>2-7IN Wyatt Weller<br>4x really really cheap digital cameras, sell them for no more than $60 a piece.<br><br>Send both to my house when you order |
| 10 | Andrew Valkenburg | 10/25/2024 7:52 | 10/25/2024 8:06 | iMessage | Outgoing | | | An Account Executive (AE) would typically report to the Director of Sales or Sales Manager before the COO or Director of Business Development, as their primary focus is on client relationships, lead generation, and revenue growth directly related to sales targets.<br><br>Reporting Chain:<br><br>1.Director of Sales / Sales Manager â€" AEs usually fall directly under a Sales Director or Manager who oversees sales strategies, manages quotas, and provides day-to-day support for closing deals.<br>2.Director of Business Development (Occasionally) â€" In some companies, business development and sales functions overlap, especially in early-stage or smaller companies. If this is the case, an AE might report to a Director of Business Development when focusing on high-level partnerships or strategic client acquisition.<br>3.COO â€" The COO generally oversees broader operational functions rather than direct sales roles. While the COO would ultimately have oversight over the entire sales function, they wouldnâ€™t directly manage AEs.<br><br>We are probably in stage 2 currently where the DBD is heavily involved in sales functions. |

| Chat Session | Message Date | Read Date | Service | Type | Sender ID | Sender Name | Text |
|---|---|---|---|---|---|---|---|
| Andrew Valkenburg | 10/26/2024 14:45 | 10/26/2024 16:12 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | I was doing some talking with chat to have it explain my role and how you and I should work together inside the context of setting up the business from the ground up. I think we were very on the same page as this. Makes me think Asana is a little high priority to keep us on task though while we are building the groundwork for the hiring phase.<br><br>Here's a comprehensive plan to set the conditions for growth, aligned with your vision as COO:<br><br>1. Define Your Role and Business Direction<br><br>As COO, your role is to execute the company's strategy and oversee daily operations. Your goal is to create a solid foundation for growth, ensuring systems, processes, and technology are in place. Here's a breakdown:<br><br>•Purpose: Deliver strategic guidance to ensure operational excellence, set standards for scalability, and streamline processes.<br>•Direction: Focus on building the infrastructure (tech, training, processes) that will allow the business to scale, particularly the sales team over four years.<br>•Motivation: Inspire the team by showing clear milestones and achievable targets that align with the vision of success.<br><br>2. Operational Priorities and Company Goals<br><br>Below is a sequence of steps to guide the company's growth:<br><br>Phase 1: Infrastructure and Technology Setup (Months 1-12)<br><br>1.Develop Core Systems: Set up your CRM, email, project management, doc management, and HR systems. |
| Andrew Valkenburg | 10/26/2024 16:32 | 10/26/2024 16:34 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | I have been talking to the BDE S2 and DIV Aviation Warrant today about UAS/CUAS for 3ID. We aren't quite there yet but I'm prepping the battlefield for a gigantic BPA and Sole Source Contract for all of their UAS/CUAS for the division. I have them slobbering over a 5yr deal for target drones, testing our CUAS for a sole source due to it being cheaper than other CUAS and buying all drone types for different capability sets through us via a BPA so they don't have to go through the admin headache of contracting |
| Andrew Valkenburg | 11/1/2024 17:10 | 11/1/2024 17:22 | iMessage | Outgoing | | | It sounds like scotti and I will easily make over 200k a year from what I hear you saying by next year and the year after. |
| Andrew Valkenburg | 11/1/2024 17:22 | 11/1/2024 17:33 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | That's the plan anyways |
| Andrew Valkenburg | 11/1/2024 17:23 | 11/1/2024 17:33 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Tbh the goal is 500k salaries plus dividends but we will see |
| Andrew Valkenburg | 11/1/2024 17:35 | 11/1/2024 17:35 | iMessage | Outgoing | | | Well. That's a year 5 goal I would think.<br>Near term I think between scotti and I over 200 is achievable and that's very sustainable for us with our other assets so I was just forecasting my personal finances for next year and the next. |
| Andrew Valkenburg | 11/1/2024 17:36 | 11/1/2024 17:36 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | I think if we all make 100k a year for the first few years each that we are above expectations and that's very good while we grow so yeah I'm hoping for the same |
| Andrew Valkenburg | 11/7/2024 20:23 | 11/7/2024 20:24 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | https://sam.gov/opp/902202041cbd44859d7acc3325657d25/view |

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | Chat Session | Message Date | Read Date | Service | Type | Sender ID | Sender Name | Text |
| 19 | Andrew Valkenburg | 11/7/2024 20:23 | 11/7/2024 20:24 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | https://sam.gov/opp/0e71ada0a2054e96b0b1b42eea699909/view |
| 20 | Andrew Valkenburg | 11/7/2024 20:23 | 11/7/2024 20:24 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Letâ€™s do these |
| 21 | Andrew Valkenburg | 11/7/2024 21:05 | | iMessage | Outgoing | | | Okay |
| 22 | Andrew Valkenburg | 11/7/2024 21:05 | | iMessage | Outgoing | | | Quotes sent to Ryder for cases. |
| 23 | Andrew Valkenburg | 11/7/2024 21:05 | | iMessage | Outgoing | | | $600 profit |
| 24 | Andrew Valkenburg | 11/7/2024 21:06 | 11/7/2024 22:06 | iMessage | Outgoing | | | Just did 3 quotes of like or similar products. |
| 25 | Andrew Valkenburg | 11/7/2024 22:06 | 11/8/2024 7:34 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Hell yeah thank you good work |
| 26 | Andrew Valkenburg | 11/8/2024 11:33 | 11/8/2024 11:33 | iMessage | Outgoing | | | I mean our face to face planning meeting |
| 27 | Andrew Valkenburg | 11/8/2024 11:33 | 11/8/2024 11:33 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Oh interesting |
| 28 | Andrew Valkenburg | 11/8/2024 11:33 | 11/8/2024 11:33 | iMessage | Outgoing | | | I thought it was a planning and financial meeting. Canâ€™t really do that without the ceo |
| 29 | Andrew Valkenburg | 11/8/2024 11:34 | 11/8/2024 11:34 | iMessage | Outgoing | | | Basically you and me talking to each other like we do everyday |
| 30 | Andrew Valkenburg | 11/8/2024 11:34 | 11/8/2024 11:34 | iMessage | Outgoing | | | lol |
| 31 | Andrew Valkenburg | 11/8/2024 11:34 | 11/8/2024 11:34 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Iâ€™m on the phone with him right now he said heâ€™s planning on being there but he has to make arrangements |
| 32 | Andrew Valkenburg | 11/21/2024 12:06 | 11/21/2024 12:10 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Can you talk to fiverr guy for draft version 2? My comments are Get rid of the white background on the pictures and weâ€™re going to make some text changes.<br><br>Here is what LTC Hollars said<br><br>Your critique and recommendations are very insightful. Hereâ€™s an expanded list of suggestions and advice to improve the flyer:<br><br>General Suggestions<br><br>1.Highlight Unique Selling Points (USPs):<br>â€¢Explicitly differentiate the company from competitors. As you noted:<br>â€¢Can they deliver faster, cheaper, or under specific budget thresholds (like GPC limits)?<br>â€¢Are they more reliable, adaptable, or better integrated with existing military systems?<br>â€¢What proven successes or testimonials can they cite? E.g., â€œUsed successfully in X state missions or Y operations.â€<br>2.Simplify Technical Jargon:<br>â€¢Define terms like â€œTechnology Readiness Level 9 (TRL-9)â€ for clarity, or avoid using overly technical language.<br>â€¢Example: Instead of â€œTRL-9,â€ say â€œproven, ready-for-field technology used in real-world scenarios.â€<br>3.Clarify Training Support:<br>â€¢Be specific about what the training support entails. Examples:<br>â€¢â€œWe provide drone pilot training using mission-specific scenarios.â€<br>â€¢â€œOur immersive systems simulate battlefield conditions for effective after-action reviews.â€<br>â€¢Include visuals or concrete examples (like training software, live exercises, or VR setups).<br>4.Make the Flyer Visually Engaging: |

| | Chat Session | Message Date | Read Date | Service | Type | Sender ID | Sender Name | Text |
|---|---|---|---|---|---|---|---|---|
| 33 | Andrew Valkenburg | 11/21/2024 12:07 | 11/21/2024 12:10 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | LTC Hollars message 2<br><br>Hereâ€™s my prompt:  A friend of mine wants to make the attached flyer work for his business.  He wants this to be a flyer suitable for general officers, civilians, and contractors alike without having to make major modifications.  Letâ€™s say he was proposing this company to the Oklahoma national guard.  What critiques or advice would you give him to make this flyer better? My initial thoughts were he needs to differentiate his company from others and say why they are better.  Can they deliver it faster or cheaper or keep it below GPC thresholds?  What makes them different.  I also think he needs to show a quad copter in the picture talking about drones, identify what technology readiness level 9 is (I donâ€™t think general officers will know what that means as well) and I donâ€™t understand the training support paragraph.  Like what exactly with examples can you provide for training support?  Let me know other thoughts or recommendations you have. |
| 34 | Andrew Valkenburg | 11/21/2024 12:07 | 11/21/2024 12:10 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Message 3:<br><br>I think generally you want less words more bullets.  More clear cut examples, and something to differentiate you from your peers<br><br>Brochures can have more words.  Flyers need more pictures, buzzwords, examples of what you can do or have done already |
| 35 | Andrew Valkenburg | 12/7/2024 22:26 | 12/8/2024 5:10 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Wrote this to Stephen off the cuff. Kinda good stuff though if you wanna read it through<br><br>Next, our structure. You've seen the picture. The major problem is that I am the director of sales, salesperson, consultant, admin manager, and operations manager. There are some choice things I need to do that I haven't had time for. Hoping you can help me get this thing off the ground. The idea is that this company will inevitably be bought out by a larger prime vendor in 5-10 years and that is the goal. Then all of us founding fathers take our skills and do the next thing. This company needs to become independent, self-sustaining, profitable, and with a network of suppliers, clients, and employees. I see the major portion of this happening naturally as we assume more salespeople, who get more clients in different geographical locations, and then come up with new requests, spurring us to find new partners. But there are some procedural things that need to happen to set these salespeople up for success and make our time use more efficient.<br>1. Company Vision:<br>Â Â Â a. Core Values: Partnership, Mission-Focused, and Innovation<br>Â Â Â b. Core Focus: Our purpose is to enable our warfighters by providing the best and most comprehensive equipmenton on time. Our Passion is exploring the constantly evolving world of technology and sourcing innovative and modernized solutions for our nations military. Our niche is our ability to navigate the complex federal acquisitions environment on behalf of our partners, our clients. We are comprised of Contracting Officers, Budget Analysts, Resource Management Officers, and Logisticians from the military who have all learned to excel operating within stringent government regulations, compliancies, and restrictions and we have an innate ability to solve our clients equipment issues using that knowledge and skills.<br>Â Â Â c. 10-yr target: $360M Revenue. $108M Profit. 1400 clients. Trusted partner among all military service branches and government agencies.<br>Â Â Â d. Marketing Strategy: Our target clients are unique in 3 ways. They are tactical level military units with no assigned acquisitions personnel, they are forward leaning units respected in their organization for their ability to improve and to push the boundaries, they are willing to partner with us to test and experiment new technologies in order to build comprehensive suites of capabilities. The proven process for client acquisition is to provide them with one small purchase, ideally something they have been trying to acquire for some time. We provide all |

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | Chat Session | Message Date | Read Date | Service | Type | Sender ID | Sender Name | Text |
| 36 | Andrew Valkenburg | 12/7/2024 23:45 | 12/8/2024 5:10 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | In my mind we have an HR, Marketing, Sales, Operations, Accounting, and Customer Retention process to document and store. Every new hire gets that and every employee is trained on it |
| 37 | Andrew Valkenburg | 12/7/2024 23:47 | 12/8/2024 5:10 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | I want to put it into a PDF binder on our document library titled â€œThe StratLog Wayâ€ and every time someone asks me how to do something I want to refer them to that so it becomes the Bible for day to day operations |
| 38 | Andrew Valkenburg | 12/7/2024 23:59 | 12/8/2024 5:10 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | I also want to find a way to make a â€œscorecardâ€ for weekly reviews we go over in the weekly sync. I want that weekly sync for us and department heads to happen Friday afternoons so that department heads can meet with their teams Monday morning before the week. I have a format for that meeting too which is segue, scorecard, quarterly goals review (10min); customer/employee headlines (5min); weekly to-do list; issue solving (40min); closeout (5min). Anyways, the scorecard will have predictive metrics like clients contacted, meetings scheduled, instead of sales numbers. I want to eventually create ratios of action items we can control so we can estimate based on how many people you talk to how much money we will make so we get ahead of our numbers instead of behind it like it was this quarter |
| 39 | Andrew Valkenburg | 12/11/2024 0:16 | 12/11/2024 0:37 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | We got the part numbers done. Iâ€™m not gonna sleep Iâ€™m gonna finish up quotes for the fellas from today. In the morning would you send the corrections back to video guy and then keep working okng prep? If you donâ€™t have time no prob Iâ€™ll be there at 9ish and we can grind. I need a nap before we go out tonight |
| 40 | Andrew Valkenburg | 12/13/2024 23:10 | 12/14/2024 5:53 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | For tomorrow please please: 1. Noah / Stephen hubspot or give me the admin login 2. Find Casey 3. Log vendors |
| 41 | Andrew Valkenburg | 12/14/2024 5:53 | | iMessage | Outgoing | | | Iâ€™ve got the task deal on HubSpot. |
| 42 | Andrew Valkenburg | 12/14/2024 10:17 | 12/14/2024 10:17 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | What are you up to today |
| 43 | Andrew Valkenburg | 12/14/2024 10:18 | 12/14/2024 10:18 | iMessage | Outgoing | | | Iâ€™m going to do the tasks you asked me and work on my Wyandotte house and work on clearing out my 918 house and try not to shit myself |
| 44 | Andrew Valkenburg | 12/14/2024 10:19 | 12/14/2024 10:19 | iMessage | Outgoing | | | Iâ€™ve been cookkkg and doing dishes |
| 45 | Andrew Valkenburg | 12/14/2024 10:19 | 12/14/2024 10:22 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Hell yeah brother |
| 46 | Andrew Valkenburg | 12/16/2024 23:43 | 12/16/2024 23:43 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Ok so: 1. Stephen is working operations and efficiencies. I think the best way to describe him is that he is the DOO, he will manage back end operations for Stratlog. For the time being I am delegating authority to enact policy to create efficiencies and processes. When he is complete we will reevaluate his title and Iâ€™ll pull away broad authority. So heâ€™s a peer, but with the power to create processes and systems (but he has to get partner approval) 2. Youâ€™ve got some marketing stuff for tomorrow. Fantastic. Donâ€™t care what it is lol youâ€™re killing it keep it up. 3. Noah and Matt are sellingâ€¦ stuff. Not fast, but faster than I can by myself. 4. Jeremy is working the ADS deals 5. I honestly donâ€™t know what Iâ€™m going to do tomorrow now. This is what delegation feels like? |
| 47 | Andrew Valkenburg | 12/16/2024 23:43 | 12/16/2024 23:43 | iMessage | Outgoing | | | Iâ€™ll be working marketing stuff And briefing the Hr stuff, tightening that up for Stephen tomorrow. |

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | Chat Session | Message Date | Read Date | Service | Type | Sender ID | Sender Name | Text |
| 48 | Andrew Valkenburg | 12/16/2024 23:44 | 12/16/2024 23:44 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Fuck yes. Ok let's get that cost analysis on file and we will set a date next year to see about putting that together |
| 49 | Andrew Valkenburg | 1/12/2025 8:52 | 1/12/2025 8:54 | iMessage | Outgoing | | | I get about 2 minutes with our TAG tomorrow. I want to take 30 seconds of that to pitch Strat log |
| 50 | Andrew Valkenburg | 1/12/2025 8:54 | 1/12/2025 8:54 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Oh hell yeah |
| 51 | Andrew Valkenburg | 1/12/2025 8:54 | 1/12/2025 8:54 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Sir you want camo nets I can get you camo nets |
| 52 | Andrew Valkenburg | 1/12/2025 9:11 | 1/12/2025 9:11 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Login to our fiverr. Ivan is about to send us 25 clips for website use |
| 53 | Andrew Valkenburg | 1/12/2025 9:14 | 1/12/2025 9:14 | iMessage | Outgoing | | | Thinking more along the range of:<br><br>Sir I know you want to modernize and be innovative and I know you're frustrated bc you can't figure out why you can't get buy in, or so it seems. It's not that you can't get buy in sir it's that they don't know how to do it and they keep running into 3' walls or gate keepers that prevent your leaders from those priorities. I could go on and on sir but from my perspective both on the military side and my civilian side I see these walls and have found the solutions to get over them which I why I helped found a business called strategic Logix, and we believe that modernization isn't just a phrase or goal but it has to be a culture, a culture that starts at the bottom by empowering your tactical level leaders with knowledge and tools at their disposal and this is what we do at Strat Log, we help leaders find the knowledge via regulation to navigate the procurement process and provide them with the tools they need so you can focus on the mission and let us do the rest. Here's my card sir I really think we can help you with your vision as laid out in your TY 25 priority statement. |
| 54 | Andrew Valkenburg | 1/12/2025 9:15 | 1/12/2025 9:54 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Give him one of our numbers and emails too on the back since you'll be gone but yes absolutely that's fantastic |
| 55 | Andrew Valkenburg | 1/12/2025 9:15 | 1/12/2025 9:54 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | I do think you should mention the camo nets too if he's so gung ho about it |

| Chat Session | Message Date | Read Date | Service | Type | Sender ID | Sender Name | Text |
|---|---|---|---|---|---|---|---|
| Andrew Valkenburg | 1/18/2025 21:20 | | iMessage | Outgoing | | | Company Description<br><br>Strategic Logix specializes in empowering tactical-level units with affordable and sustainable tools and technologies to enhance mission effectiveness and operational superiority. We handle complex procurement processes, from custom drone builds to full-spectrum concealment, tailored to fit each unit's acquisition thresholds. Our solutions are designed to modernize capabilities, safeguard personnel and equipment, and prepare for the future battlefield.<br><br> Role Description<br><br>This is a full-time remote role for a Sales Specialist at Strategic Logix. The Sales Specialist will be responsible for communication, customer service, sales, training, and sales management related tasks to drive revenue and support clients effectively. Some travel may be necessary to visit clients, attend events and trainings.<br><br> Qualifications<br><br>Strong Communication and Customer Service skills<br>â€¹Veterans given priority<br>â€¹Former Contract Officers, logisticians preffered<br>Proven track record in Sales and Sales Management<br>Ability to understand and articulate complex technical information<br>Experience in the defense or technology industry is a plus |
| Andrew Valkenburg | 1/18/2025 21:20 | 1/18/2025 21:22 | iMessage | Outgoing | | | Howâ€™s that? |
| Andrew Valkenburg | 1/18/2025 21:23 | 1/18/2025 21:23 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Can we legally say veterans given priority? Other than that fantastic.<br><br>Maybe we donâ€™t put prior sales experience is a requirement maybe itâ€™s sales experience or experience in military, law enforcement and others |
| Andrew Valkenburg | 1/18/2025 21:23 | 1/18/2025 21:24 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Like either or |
| Andrew Valkenburg | 1/18/2025 21:24 | 1/18/2025 21:24 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | But if you disagree I think post it thatâ€™s just a thought |
| Andrew Valkenburg | 1/18/2025 21:24 | 1/18/2025 21:25 | iMessage | Outgoing | | | Yes we can legally give priority bc of our SVOB status as long as we donâ€™t discriminate on sex etc |
| Andrew Valkenburg | 1/18/2025 21:26 | 1/18/2025 21:26 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Nice!<br><br>Btw we are still self certified as an SDVOSB because they werenâ€™t taking applications at the time and then last week the ability to self certify sunsetted so Jeremy just reapplied for SDVOSB status |
| Andrew Valkenburg | 1/18/2025 21:26 | 1/18/2025 21:26 | iMessage | Outgoing | | | Ok |

# EXHIBIT G

 Outlook

---

## Fwd: Helpful Docs GPC, DRCH, GSA, TLS, OPEN MARKET Contract

---

**From** Andrew Valkenburg <andrew.valkenburg@yahoo.com>

**Date** Fri 9/20/2024 8:28 PM

**To**    aorsburn@strategic-logix.com <aorsburn@strategic-logix.com>; addam orsburn <oaddam@gmail.com>

📎 36 attachments (9 MB)

GPC Form 2-7IN Breach Door.pdf; ATT00001.htm; Single Source Memo.pdf; ATT00002.htm; 889 Rep Offline.pdf; ATT00003.htm; 889 Rep v5.pdf; ATT00004.htm; Single Source Memo.docx; ATT00005.htm; 1ABCT SPFC CARB Quad Chart.pptx; ATT00006.htm; 1CX1480DU SPFC Order Request for Valkenburg.xlsx; ATT00007.htm; IGE and Market Research SPFC.xls; ATT00008.htm; Local Approval Form- SPFC.docx; ATT00009.htm; SOW SPFC.pdf; ATT00010.htm; SPFC Coversheet.pdf; ATT00011.htm; SPFC DD 448.pdf; ATT00012.htm; SPFC LOJ.docx; ATT00013.htm; CIV Range Pass Memo.docx; ATT00014.htm; HQ Boards DRCH.pdf; ATT00015.htm; A2765_1 pARROT v1 unsigned.pdf; ATT00016.htm; dd1348-6 Parrot V1.pdf; ATT00017.htm; PRC Parrot Unsigned.pdf; ATT00018.htm;

It's the PRC form I'll show you how to fill it out after I edit it it won't send.

The rest are helpful docs anyways for other purchase methods I'll show you sometime
Sent from my iPhone

Begin forwarded message:

> **From:** andrew.valkenburg@yahoo.com
> **Date:** September 18, 2024 at 11:58:00 PM EDT
> **To:** oaddam@gmail.com
> **Subject: Helpful Docs GPC, DRCH, GSA, TLS, OPEN MARKET Contract**

# EXHIBIT H

 Outlook

---

## Re: FW: [INFORM] JBCP HDD burner

---

**From** Addam Orsburn <aorsburn@strategic-logix.com>

**Date** Thu 10/31/2024 4:14 PM

**To** McKee, Joseph R CPT USARMY 3 ID 1 BCT (USA) <joseph.r.mckee4.mil@army.mil>

**Bcc** Scotti Orsburn <sorsburn@strategic-logix.com>; Andrew Valkenburg <avalkenburg@strategic-logix.com>; Jeremy Schnipke <jschnipke@strategic-logix.com>; 47918665@bcc.hubspot.com <47918665@bcc.hubspot.com>

📎 2 attachments (997 KB)

Strategic logix quote2_($9,100).zip; image001.png;

Please see attached for quote 2, the 23HDS-PRO totalling $9,100.  Forward to S4 for processing.

Thank you,
Addam

On Wed, Oct 23, 2024 at 3:20 PM McKee, Joseph R CPT USARMY 3 ID 1 BCT (USA) <joseph.r.mckee4.mil@army.mil> wrote:

> Talked to Andrew about this, they are JBCP hard drive burners.
>
>
> Very respectfully,
>
> Joseph "Ryder" McKee
> CPT, SC
>
> Battalion Communications Officer
> 2nd Battalion, 7th Infantry Regiment "Cottonbalers"
>
> 1st ABCT, 3rd Infantry Division
>
>
>
>
>
>
> Cell: (703) 472-2535
> Email: Rydermckee@gmail.com

**From:** McKee, Joseph R CPT USARMY 3 ID 1 BCT (USA)
**Sent:** Wednesday, October 23, 2024 11:02 AM
**To:** Valkenburg, Andrew J CPT USARMY 3 ID 1 BCT (USA) <andrew.j.valkenburg.mil@army.mil>
**Subject:** FW: [INFORM] JBCP HDD burner

Very respectfully,

Joseph "Ryder" McKee
CPT, SC

Battalion Communications Officer
2nd Battalion, 7th Infantry Regiment "Cottonbalers"

1st ABCT, 3rd Infantry Division

Cell: (703) 472-2535
Email: Rydermckee@gmail.com

---

**From:** Gendron, Noah T CPT USARMY 3 ID 1 BCT (USA) <noah.t.gendron.mil@army.mil>
**Sent:** Monday, October 21, 2024 5:25 PM
**To:** McKee, Joseph R CPT USARMY 3 ID 1 BCT (USA) <joseph.r.mckee4.mil@army.mil>
**Subject:** Fw: [INFORM] JBCP HDD burner

Noah T. Gendron

CPT, SC

BN S6

3-69 AR, 1ABCT, 3ID

Fort Stewart, GA

(757)705-9118

---

**From:** Gendron, Noah T CPT USARMY 3 ID 1 BCT (USA)
**Sent:** Friday, June 21, 2024 10:50 AM
**To:** McKee, Joseph R CPT USARMY 3 ID 1 BCT (USA) <joseph.r.mckee4.mil@army.mil>; Rivera, Ashley M CPT USARMY 3 ID 1 BCT (USA) <ashley.m.rivera3.mil@army.mil>; Martinez, Justin A CPT USARMY 3 ID 1 BCT (USA) <justin.a.martinez33.mil@army.mil>; Medema, Charles H (Duke) 1LT USARMY 3 ID 1 BCT (USA) <charles.h.medema.mil@army.mil>; Durbala, Nathanial Michael (Nate) CPT USARMY 3 ID 1 BCT (USA) <nathanial.m.durbala.mil@army.mil>; Chmura, Joseph M CPT USARMY 3 ID 1 BCT (USA) <joseph.m.chmura2.mil@army.mil>
**Subject:** [INFORM] JBCP HDD burner

Team,


Here are the GPC quotes for the 1,7, and 23 slot burners through Kanguru. I suspect Division will likely catch wind of this soon and make them unpurchasable just like 2-7's rollatube purchases. they're technically supposed to be purchased through Class II G-Army.


Noah T. Gendron

CPT, SC

BN S6

3-69 AR, 1ABCT, 3ID

Fort Stewart, GA

(757)705-9118


--
**Addam L Orsburn**
*Strategic Logix*
Email: Aorsburn@strategic-logix.com

Phone: 405-501-1883
Website: www.strategic-logix.com

# EXHIBIT I

 **Outlook**

---

## FW: GPC PRC Form

---

**From** andrew.valkenburg@yahoo.com <andrew.valkenburg@yahoo.com>

**Date** Fri 9/20/2024 7:41 PM

**To**   aorsburn@strategic-logix.com <aorsburn@strategic-logix.com>; oaddam@gmail.com <oaddam@gmail.com>

📎 1 attachment (254 KB)

PRC GPC Draft.pdf;

---

**From:** andrew.valkenburg@yahoo.com <andrew.valkenburg@yahoo.com>
**Sent:** Friday, September 20, 2024 7:50 PM
**To:** 'aorsburn@strategic-logix.com' <aorsburn@strategic-logix.com>
**Subject:** RE: GPC PRC Form

Good Morning,

Thanks for allowing us to support your procurement systems. We are truly here to help, let us know what other priorities / requirement you have and we will get started. And don't hesitate to call or text. I've attached your four necessary GPC Documents as required via the Appendix EE to the DFARS under GPC Requirements. Please see attached.

Next steps:
1. Review your estimate to ensure feasibility with your remaining billing cycle budget, we don't want you to get into issues if you go over budget. Next month if you need more money on your card, give me a call and we can advise how to request a limit increase.
2. Send ALL DOCUMENTs to your BN XO for signature. He/she will sign the single source memorandum citing that it is necessary and reasonable to use one vendor for this purchase for the reasons listed. He/she will also sign the GPC Request form in the prescribed block.
3. You receive documentation back from the XO and you send to the Billing Official (BO) or Assistant Billing Official (ABO) for your GPC account. If you don't know, give us a call and we can help run that down.
4. You receive documentation back from them, and you send to the Brigade S8 or other budget analyst responsible for GPC purchases.
5. Once signed by S8, the Cardholder will sign the final block and your purchase has been approved. Call us with card information to process your payment.
6. Be sure to keep all documentation (4 documents signed plus the receipt from us) for upload into US Bank before the final hour of the duty day on the last day of the billing cycle.

It is truly a pleasure. Please let us know what sticking points or issues you have and we will work through those together.

Very Respectfully,
Addam Orsburn
Regional Sales Manager
Strategic Logix

**From:** addam orsburn <oaddam@gmail.com>
**Sent:** Thursday, September 19, 2024 10:18 PM
**To:** Andrew.valkenburg@yahoo.com
**Subject:** Re: GPC PRC Form

It didn't come through. Please resend
Sent from my iPhone

On Sep 19, 2024, at 8:38 PM, Andrew.valkenburg@yahoo.com wrote:

<PRC GPC Draft.pdf>

# EXHIBIT J

**4 People**

LTC Hollars was given signature authority over his own purchase. So seriously $2.3M is in the bag if Jeremy can get DLA and ADS set up and we get the 1348-6 to 2-7IN. Huge day for us

Scotti Orsburn

Wow. Congratulations

Andrew Valkenburg

Tomorrow Addam has a meeting with 3-69AR CDR to seal the deal on a copypasta order for them. Everyone wish him luck because that's another $2.3M

Neil Valkenburg

Do we know what the COGS fulfilling the 2.3M requirement will be

Andrew Valkenburg

4.5M price now (could go up with pass thru)
2.193 COGS
2.3 profit

# EXHIBIT K



2 People >

Dec 30, 2024 at 3:09 PM

Andrew Valkenburg

Alright. We'll see what happens but worst case scenario, our company is worth $20M. So congrats fellas Addam you're now worth $4M and Jeremy and I are worth $8.1M

Best case scenario the company is worth $47M and Addam is worth 9.4M and me and jeremy are worth $19M each.

> Don't you mean Worst case "Ontario"

> Scenario, ha. Get a load of this guy.

Jeremy Schnipke

Oh fuck yeah. Great work gents

Andrew Valkenburg

Yes I did mean that

> Well done gentlemen. Virtual high fives all around

Andrew Valkenburg

Now we have a whole new set of

iMessage

# EXHIBIT L

**DEPARTMENT OF THE ARMY**
OKLAHOMA NATIONAL GUARD
JOINT FORCE HEADQUARTERS
3501 MILITARY CIRCLE
OKLAHOMA CITY, OKLAHOMA 73111

**ORDERS:** 38-261-0010                                                    17 September 2024

ORSBURN, ADDAM LEON                              ▆▆▆▆▆▆▆▆  1LT
1909 MOONLIGHT DR                                1120 EN DET    ENGINEER UTILIT (WY6QAA)
BARTLESVILLE, OK 74006                           MUSKOGEE, OK 74403

You are ordered to active duty as a member of your Reserve Component Unit for the period
indicated unless sooner released or unless extended.  Proceed from your current location in
sufficient time to report by the date specified. You enter active duty upon reporting to
unit home station.

Report To Home Station: 1120 EN DET    ENGINEER UTILIT (WY6QAA), 6800 SOUTH CHEROKEE STREET
MUSKOGEE, OK 74403
Report on: 11 January 2025
Report To Mobilization Station: 1733 PLEASONTON ROAD, B1002 FORT BLISS, TX 79916
Report on: 14 January 2025
Period of active duty: 400 days
Purpose: Activation in support of COUNTER TERROR EXORD - AFRICOM
FTN: 7250REV0414
Mobilization category code: G

Additional instructions:
 (a) Sure pay is mandatory.  Soldier must bring the appropriate documentation to support the
     requirement to authorize sure pay to the bank.
 (b) Early reporting is not authorized.
 (c) Unaccompanied baggage shipment is not authorized.
 (d) Movement of household goods and dependents is not authorized.
 (e) Travel will be paid for one time travel from home duty station to mob station and back
     and includes travel and per diem from home station/mobilization station or duty
     location and return to home station as well  as non-temporary storage.  Individual
     Soldiers whose duty station is different from the mob station will receive funding for
     one time travel and return from mob station to the duty station.  Govt. transportation
     will be provided from home of record to assigned MOB station and/or duty location.  POV
     as transportation under JFTR, Para U3310 as not being more advantageous to the Govt.
     This means total payment of travel will not exceed the Govt cost had the Govt procured
     transportation been used between the ordered points.  In and around mileage is not
     authorized.
 (f) Rental car is not authorized.
 (g) Special Storage of HHG/POV may be authorized IAW Para U4770
 (h) Excess accompanied baggage is not to exceed 120 pounds.
 (i) Bring with you complete military clothing bag and appropriate personal items.
 (j) Soldier will handcarry (if available) complete MPRJ, health and dental, training, and
     clothing records.
 (k) Dependents (Family Members) of Reserve Component (Army Reserve and National Guard)
     Soldiers ordered to active duty for more than 30-days are eligible for the same
     benefits (e.g., medical care, TRICARE, commissary/exchange benefits, legal assistance,
     use of morale, welfare and recreation facilities, etc;) as dependents of regular Army
     Soldiers (but excluding dental, which requires orders to active duty for over 180-
     days). It is a Soldier responsibility to ensure dependents are issued DD Form 1172,
     Active Duty dependent ID cards. To locate the nearest ID card facility near your home
     visit web site www.dmdc.osd/rsl (Rapids site locator by state, city, zip code).
     Dependents are also eligible to use Army One Source, which is a 24-hour resource
     service (from the US: 1-800-464-8107; En Espanola, llama al 1-888-375-5971 and collect
     calls (1-484-530-5889) available at no cost.
 (l) Bring copies of family care plan, wills, powers of attorney, and any other
     documentation affecting the soldiers pay or status.
 (m) Personnel requiring eye correction will bring two pairs of eyeglasses and eye inserts
     for a protective mask.
 (n) Government lodging is provided at no cost to the Soldier. Dining facilities will be
     used at the replacement activity, mobilization and demobilization sites and during
     deployment. Essential Unit Messing (EUM) has been declared by Assistance Secretary of
     the Army (Manpower and Reserve Affairs) ASA(M&RA) for the mobilization and
     demobilization sites. Per diem payable is $5.00 IE per day for CONUS and $3.50 IE per
     day for OCONUS for this period of active duty.  BAS payroll deduction will be made by
     DFAS-IN while the Soldier is on EUM status.

Page 1

(o) Call 1-800-336-4590 (National Committee for Employer Support of the Guard and Reserve) or check online at www.esgr.org if you have questions regarding your employment/reemployment rights.

(p) Your family members may be eligible for TRICARE (military health care) benefits. For details go to web address http://www.tricare.mil or email TRICARE_help@amedd.army.mil.

(q) In an effort to share information between soldiers, employers and the Department of Defense on their rights, benefits and obligations, mobilized ARNG soldiers are strongly encouraged to provide employer information at https://www.dmdc.osd.mil/udpdri/owa/rc.home.

(r) If upon reporting for active duty you fail to meet deployment medical standards (whether because of a temporary or permanent medical condition), then you may be released from active duty, returned to your prior reserve status, and returned to your home address, subject to a subsequent order to active duty upon resolution of the disqualifying medical condition. If, upon reporting for active duty, you are found to satisfy medical deployment standards, then you will continue on active duty for a period not to exceed the period specified in this order, such period to include the period (not to exceed 25 days) required for mobilization processing.

(s) You have been ordered to active duty in a TCS status. (subsequent orders, amendments and revocations may be downloaded from https://mobcop.army.mil/ORDERS/UI/Security/Login.aspx).

(t) Soldier must check with the supporting installation housing office before securing temporary lodging at the duty location and obtain a 1351-5 authorizing the appropriate entitlements for lodging and M&IE. With a SNA, the Soldier is authorized per diem IAW the JTR.

(u) RC Soldiers must return to demob site to REFRAD IAW current BOG policy or NLT 39 days prior to end of Mobilization/Activation/TCS Orders in order to out process and take authorized leave.  Demobilization of unit(s) is/are prohibited without approval of HQDA. Individual members of the unit will demobilize with the unit unless provisions of AR 600-8-24 or AR 635-200 apply.  UICs will demobilize where it mobilizes, unless diverted per First Army.


FOR ARMY USE
AUTHORITY: Title 10 USC, Section 12302, DA Order 278724 dated 021348ZMay24/1A-24-123-030 date 02 May 2024
Accounting classification:
 OFF PAY/ALW: 21 5/6/7 2010.0000 01-1100 1A100000 11**/12** PAMP 01FFHF S12120
 TVL/PD: 021 202011D25 A6013 121012QITR 21T0 S.0102465.6 41297432 021001
The above LOA or statement is a FY25 LOA. Funds are available upon the U.S. Congress Enacting FY25 Defense Appropriation. Funding is authorized only for the fiscal year indicated on this order. Amendments will be required for subsequent fiscal years. Soldiers and authorized Army officials must sign into https://mobcop.aoc.army.pentagon.mil and enter the DAMPS Orders system to retrieve copies of orders/amendments.
SDN: ORS8609T261010
Sex: M
MDC:
PMOS/AOC/ASI/LIC: 12A///
HOR: BARTLESVILLE, OK 74006
DOR: 09 March 2020
PEBD: 15 February 2017
Security Clearance: SECRET, NONE 18 May 2017
Comp: ARNG
Format: 165


FOR THE COMMANDER:

****************** * HQ, OKARNG * * OFFICIAL
* ****************** FLOYD K. ROLAND COL,
AG, OKARNG DIRECTOR OF PERSONNEL/G1


DISTRIBUTION: 1- Cdr, Ft Bliss
1- Cdr, WY6QAA, 1120 EN DET    ENGINEER UTILIT, MUSKOGEE G2

# EXHIBIT M





**Andrew** ›



400 days my ass. They keep me that long I'll wonder off.

They always do that I think. My last deployment orders were for 365 days but we were back in 6 months. Idk if it's as easy for them to take you off active duty though

Obviously i knew I didn't know how to run a business from the beginning but im like embarrassed how complicated this PO system is to me hahaha. I'm just not comprehending it yet

All I know is how government spends money that's it haha

 iMessage 🎙

~~don't sweat it.~~ The accountant system can't

# EXHIBIT N



< AV **Andrew Valkenburg** ⊗

Apr 11, 2025

You read it  5:50 PM

https://share.newsbreak.com/
ck53mwnr?s=i16  6:55 PM

Apr 12, 2025

We are on the verge of some really big deals  7:25 PM

Also things are calming down due to things being a bit more streamlined. No one is working weekends now which is obviously huge but I'm glad we grinded so hard at first  7:25 PM

Man I feel like a chump. Hopefully scotti is helping  7:39 PM

She is. Until we get more salespeople her job is minimal. The big hitters right now are BD and Sales. I think I'm doing a bang up job of BD I just need to grow sales. Got 2 new people and another interviews like next Tuesday and we are posting jobs soon  7:40 PM

Message

# EXHIBIT O

8:23



AV  Andrew Valken...

probably knows that process better than me.  May 23, 2025
12 million dollars would retire me and I would be indefinitely grateful and more than willing to play whatever role I needed to stand up another business or whatever that looked like. Not sure the new ownership would want to keep me around while deployed so that doesn't sound like a fair ask. Maybe they just buy me out completely.
Or were you thinking negotiating salaries?

And no, zero shot I would have said this company would come this far in this short amount of time. We were hoping for a 2.5 million dollar year and I thought maybe it would do 3-4 if we got super lucky.

1:40 PM

I am definitely negotiating us salaries if we do sell out and advisory roles. It's a nonnegotiable in fact. I'm not done with this business by any stretch.

And yeah I'm with you. I can't wait for you to come back in any capacity and

  Message

# EXHIBIT P



< AV  Andrew Valkenburg ⓐ  ☐Ⅰ  ☏

How we  Fri, Jun 6  talk to  11:33PM ✅

Nah. but they were great and believe in this  11:33 PM

So that number won't stick  11:33PM ✅

Okay. Well then what is our goal With them  11:41PM ✅

Our goal is get as much in valhation as possible and then creatively negotiate for below that number while keeping jobs and retaining some ownership  11:55 PM

Which 75% would do  11:55PM ✅

Exactly  11:55 PM

Sun, Jun 8

What's up brother  11:43PM ✅

What up  11:44 PM

https://share.google/
PPiocdGwHvGWMdeT7

+   Message   🗋  ◎  ◍



< AV **Andrew Valkenburg** ⊗

On the road for c Fri, Jun 6 d 46hrs awake straight this week  10:17 PM

Damnit son  10:17 PM

How'd the ice thing go? We finally had the investor meeting. Looks like they're thinking $250M for 75%

So you'd have 5% left and a salaried job, me and Jeremy would have 9.4% and Neil would have the other 1% and change. Gotta negotiate salaries and still keep trudging along to even secure that but looking good  10:20 PM

Looks like you'd get $37.5M, about $30M after taxes  10:23 PM

Shut up

You're lying  10:51 PM

Nope. It definitely wasn't a slap of the table but they were probing values and that's where we kinda landed  11:18 PM

Man I wanted to be in that meeting.

Message

# EXHIBIT Q

 Outlook

---

## Insperity, Benefits, Payroll and More

---

**From** Andrew Valkenburg <AValkenburg@strategic-logix.com>

**Date** Thu 8/28/2025 12:05 PM

**To** Jeremy Schnipke <JSchnipke@strategic-logix.com>; Neil Valkenburg <nvalkenburg@strategic-logix.com>; Addam Orsburn <aorsburn@strategic-logix.com>

📎 1 attachment (83 KB)

STRATEGIC LOGIX LLC Contribution Sheet.pdf;

Fellas,

Two of you will not read this. So we have decided to actually have your salaries fund all of our benefits. Speak now if you disagree.

------------------

Okay, Insperity is our new Professional Employment Organization, for IRS purposes our employees work for them. They receive benefits, payroll, legal help, etc. from Insperity and we send all payroll money through them. For administrative purposes, they're still our employees. They do not control any policy whatsoever, it's just a formality so that they can handle these services.

We have a benefits plan now. It begins October 1st. I've attached the employee rates. See the United Health Primary Advantage CP 5000 plan which we have picked as our base plan. You will notice employee contribution is $2.99. We funded about $375 per employee per month for this. If they add dependents, they cover it.

For owners, if we fund our own benefits out of pocket, it is post tax, as that is a rule for S Corps. So, the company will be funding our benefits.

For payroll, we need to decide on everyone's salaries still. These will begin October 1st, with the first bimonthly payroll starting October 10th. It will be on mid-month and end-of-month Fridays. Here is the spreadsheet for this. I am collecting Adam's (new sales rep) info now and the rest will be set. We as a group need to get this together and approve it. We are able to change it pretty much up until end of September.

📊 Strategic Logix EDC.xlsx

Due outs:

I need the EIN number on an official document — SS4 or screenshot of IRS online account showing it

Voided Check for the Bank Account

This spreadsheet

I have also attached a new draft of a handbook. We went with unlimited PTO following the usage of 5 tracked sick days. This is so that I have documentation if someone is taking too much time off to dock pay and reduce salaries if ever needed. Intent is for people to be adults and manage their time, but if

they start screwing up and need to go on a PIP, I have the documentation from their 5 sick days to legally do it.
https://handbookbuilder.blr.com/UserLogin.aspx?id=mGHicD1Rzysz10OQSGzgxtPjQrkkxxtC3rMAMc3Pblce
Disable pop-up blocker to view. The leave policy is being updated now to match the above.

Andrew

Very Respectfully,

Andrew J. Valkenburg
Chief Operations Officer | Partner
Strategic Logix, LLC

484-225-9132
AValkenburg@Strategic-Logix.com

# EXHIBIT R



< AV **Andrew Valkenburg** ⊛   ◻  ℭ

even out. Adam is doing well but
needs a lot of h    Mon, Aug 25

I think Aaron needs to be a sales
manager. He's fucking good dude

10:11 PM

❤️

Thu, Aug 28

ℭ Missed voice call · 5:25 AM

ℭ Outgoing voice call · 5:51 AM

ℭ Unanswered voice call · 6:23 AM

ℭ Incoming voice call · 6:24 AM

**Call Back**

Fri, Aug 29

Hey wanna answer some questions
for salary and benefits

It'll be a good opportunity to get back
onto teams and get logged into
Microsoft anyways

4:29 AM

Yes  5:09 AM ☑

Alrighty I'll send it to you  5:19 AM

+    Message    ▢  ◎  ℚ

# EXHIBIT S



# Unusual Machines Secures $12.8 Million Defense Order Supplying Strategic Logix's RRSL Drone Systems

***Accelerates delivery of U.S.-made, defense-grade drones starting at an $800 price point, strengthening the domestic ecosystem***

**ORLANDO, FLORIDA /** **ACCESS Newswire** **/ September 30, 2025 /** Unusual Machines, Inc. (NYSE American:UMAC), a leading provider of high-performance drone components, today announced a $12.8 million order for components supplying Strategic Logix's Rapid Reconfigurable Systems Line (RRSL). The order reflects the growing demand for NDAA-compliant unmanned aerial vehicle (UAV) solutions that can be fielded at scale to meet operational needs.

Unusual Machines is the primary supplier of NDAA-compliant components, including its BLUE UAS listed Aura Analog Camera, Aura VTX, Brave Flight Controller, and Brave ESC for the RRSL line. The RRSL-developed by Strategic Logix-is an interoperable UAV platform with configurations starting at $800, including manual, autonomous, and fiber-enabled options. The order covers more than 160,000 Unusual Machines-manufactured components, including ground control systems, highlighting both the demand scale and the company's central role in enabling production.

"Our mission is clear-get U.S.-made innovation into warfighters' hands faster," said Jeremy Schnipke, CEO of Strategic Logix. "The RRSL is more than a product line-it's a foundation for partnership. By working alongside Unusual Machines and a coalition that includes defense leaders, we can move with speed today while building the framework for deeper government relationships."

Production and deliveries are scheduled to begin in the fourth quarter, reflecting careful planning and a rigorous approach to defense requirements. The order also signals the growing demand for low-cost, adaptable drones.

"We've been deliberate-maintaining the discipline and flexibility necessary to scale with the industry," said Stacy Wright, EVP of Revenue at Unusual Machines. "That foundation lets us execute on short timelines with reliability as demand develops. Strategic Logix's extensive track record of delivering for defense programs aligns perfectly with our role as a reliable link in the U.S.-built supply chain for drone components."

**Safe Harbor Statement**

Safe Harbor Statement

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These statements include the timing of when we will begin deliveries of the drone components and our ability to execute on short timelines. The words "believe," "may," "estimate," "continue," "anticipate," "intend," "should," "plan," "could," "target," "potential," "is likely," "will," "expect" and similar expressions, as they relate to us, are intended to identify forward-looking statements. The results expected by some or all of these forward-looking statements may not occur. Factors that affect our ability to achieve these results include unexpected issues that may arise from the opening of our new Orlando manufacturing facility, potential supply chain issues, , and the Risk Factors contained in our Form 10-Q for the period ended June 30, 2025, in our Prospectus Supplement dated September 2, 2025 and in our Form 10-K for the year ended December 31, 2024. Factors or events that could cause our actual results to differ may emerge from time to time, and it is not possible for us to predict all of them. Any forward-looking statement made by us herein speaks only as of the date on which it is made. We undertake no obligation to update any forward-looking statement, whether as a result of new information, future developments or otherwise, except as may be required by law.

**About Strategic Logix**

Strategic Logix is a U.S.-based defense innovation and procurement company that leads a coalition of more than 140 small businesses whose shared mission is to strengthen U.S. defense manufacturing and deliver low-cost, high-impact solutions directly to the modern warfighter. Founded to accelerate development and acquisitions, the company has evolved into a prime vendor of interoperable unmanned systems and modernization technologies, including its flagship Rapid Reconfigurable Systems Line (RRSL). With a proven track record in transformation, modernization, and innovation, Strategic Logix brings speed, flexibility, and trusted execution to the Department of Defense and allied partners.

**About Unusual Machines**

Unusual Machines manufactures and sells drone components and drones across a diversified brand portfolio, which includes Fat Shark, the leader in FPV (first-person view) ultra-low latency video goggles for drone pilots. The Company also retails small, acrobatic FPV drones and equipment directly to consumers through the curated Rotor Riot ecommerce store. With a changing regulatory environment, Unusual Machines seeks to be a dominant Tier-1 parts supplier to the fast-growing multi-billion-dollar U.S. drone industry. According to Fact.MR, the global drone accessories market is currently valued at $17.5 billion and is set to top $115 billion by 2032. For more information, please visit www.unusualmachines.com.

**Investor Contact:**

CS Investor Relations
investors@unusualmachines.com

**Media Contact:**

media@unusualmachines.com

**SOURCE:** Unusual Machines

View the original press release on ACCESS Newswire

9/30/2025 8:30:00 AM

# EXHIBIT T

**Rapid Reconfigurable Systems Line Selected as Uncrewed Aircraft System for US Army! Learn More (rrsl-selected-as-uncrewed-aircraft-system-for-us)**

 (/)

MENU

Contracts (about/news?tag=Contracts)

## Strategic Logix Logs $12.8M Purchase of over 160,000 Drone Components for 2026

October 17, 2025

Strategic Logix placed a $12.8 million component order from Unusual Machines to support the RRSL drone ecosystem, representing a **significant milestone** in the domestic defense drone ecosystem. This contract involves producing and delivering over **160,000 components**, including NDAA-compliant Aura Analog Cameras, Aura VTX, Brave Flight Controllers, and Brave ESCs - essentially becoming the backbone of Strategic Logix's interoperable UAV platform.

The pricing strategy for the RRSL is particularly noteworthy - these defense-grade drones start at just $800, dramatically lowering the cost barrier for tactical UAVs while maintaining compliance with domestic production requirements. This price point enables mass deployment scenarios previously unattainable with higher-priced systems.

The timing of this deal aligns with the broader national security imperative to develop trusted, U.S.-made drone capabilities separate from foreign supply chains.

"Our mission is clear, to get U.S.-made innovation into warfighters' hands faster," said Jeremy Schnipke, CEO of Strategic Logix. "The RRSL is more than a product line-it's a foundation for partnership. By working alongside Unusual Machines and a coalition that includes defense leaders, we can move with speed today while building the framework for deeper government relationships."

Current estimates place Strategic Logix atop the food chain for month-to-month production levels in the US Defense Drone Space, at a surge capacity of 50,000 units per month. Although, Strategic Logix typically delivers less than 4,000 in any given calendar month due to limited demand.

The companies have already resolved typical defense procurement hurdles regarding testing, certification, and supply chain readiness. The technology is mature and deployable, not speculative, allowing for delivery to begin in Q4. With Strategic Logix's existing defense program experience, this partnership significantly de-risks execution for both companies while opening pathways to expanded government contracts.

https://www.stocktitan.net/news/UMAC/unusual-machines-secures-12-8-million-defense-order-supplying-snr34lqi35mu.html

---

in (https://www.linkedin.com/sharing/share-offsite/?url=https%3A%2F%2Fstrategic-logix.com%2Fnews%2Fabout%2Fstrategic-logix-logs-12-8m-purchase-of-over-160)   ✉ (mailto:%20?body=Strategic+Logix+Logs+%2412.8M+Purchase+of+over+160%2C000+Drone+Components+for+2026%0Ahttps%3A%2F%2Fstrat logix.com%2Fnews%2Fabout%2Fstrategic-logix-logs-12-8m-purchase-of-over-160&subject=Strategic+Logix+Logs+%2412.8M+Purchase+of+over+160%2C000+Drone+Components+for+2026)

≡ All (about/news)                                                                                      Older ▶

## CONTACT

Buford, Georgia 30518
Phone (770) 349-5945 (tel:(770) 349-5945)
Email stratlog@strategic-logix.com (mailto:stratlog@strategic-logix.com)

## CONNECT

in (https://www.linkedin.com/company/strategic-logix/)

---

© 2026 STRATEGIC LOGIX     POWERED BY jottful (HTTPS://JOTTFUL.COM)

# EXHIBIT U



# **EXHIBIT V**

**Jeremy Schnipke**   Chat   Shared   Storyline

Jeremy Schnipke Tuesday 2:21 PM

Here's where we are. The verbal agreements we made at the start haven't really held up on either side, and it's time we address that. Since then, Andrew and I have put in thousands of hours, and I've personally invested several hundred thousand dollars to keep the company moving forward.

We do appreciate the work you put in before your deployment — that hasn't been forgotten. But the reality is the company has evolved significantly since then, and the structure we started with no longer reflects how things stand today.

We understand the limitations deployment created, and we even covered the prep and cost to enable remote contribution. Even so, the level of involvement hasn't been in line with what would make the current arrangement equitable.

With that in mind, a couple paths we see forward:

1. Buyout – we buy out your interest and you sign a release of equity.
2. Reset & earn-in – reduce equity to zero for now, with a moderate salary and the opportunity to earn equity options tied to future contributions and performance.



**Jeremy Schnipke**

Tuesday 2:25 PM

I disagree to some extent. What do both options you are looking at look like and is there room for another COA

Jeremy Schnipke  Tuesday 2:30 PM

I understand and that's really the reason we wanted to have this discussion in the first place. We've shared our perspective, but we also want to understand how you see it. If you have another course of action in mind that you think addresses the imbalance, we're open to hearing it.

Tuesday 2:41 PM

I feel like I'm being punished for my deployment when that was understood upfront. I have done some work while here and made connections for future growth. I took the initial risk in the beginning and asked for nothing. I received a laptop. I was under no impression that I had to work nor was I given specific tasks that I didn't complete, the impression was If I could I would. Obviously my position here and the time zone difference made that difficult. If this was a stipulation upfront it should have been more clear and directives should have been outlined.

I've been looking forward to coming back and having an active large role in the company that was part of my vision and dream as well as yours. I'm willing to work for little to nothing because I understand



Tuesday 2:41 PM

I feel like I'm being punished for my deployment when that was understood upfront. I have done some work while here and made connections for future growth. I took the initial risk in the beginning and asked for nothing. I received a laptop. I was under no impression that I had to work nor was I given specific tasks that I didn't complete, the impression was If I could I would. Obviously my position here and the time zone difference made that difficult. If this was a stipulation upfront it should have been more clear and directives should have been outlined.

I've been looking forward to coming back and having an active large role in the company that was part of my vision and dream as well as yours. I'm willing to work for little to nothing because I understand the company can't afford it and have always been willing to do that all I ever wanted was the equity and the voice. I can make money time now elsewhere. If I would have known this was going to take place I would have spent my time here advocating for me and pandering job ops rather then doing that for Strat Log.

I turned down an O4 billet opportunity to extend to honor my agreement to come back to the company, that was a position that put me in direct contact with the SOCAF combatant CO.

I don't know what the answer is here but neither of those COA's are amenable to me.

Tuesday 2:47 PM



Tuesday 2:47 PM

I'm willing to live part time in or near Buford, as I told Andrew and work with him to take off of his plate. With the intent of doing more sales and Ops to allow him do BD and R&D. I was also expecting to travel and market the company, meet with customers and partners etc as discussed with Andrew so we can spread out and do twice as much as he's doing.

Tuesday 2:53 PM

Respectfully, please tell me what you option 1 terms are. I have no interest in being just an employee. I can do that anywhere.

Jeremy Schnipke   Tuesday 3:26 PM

This is not an attack on your deployment or your service, that's always been highly respected. I do want to point out, though, that we went through the process of getting JAG verification that there was no restriction on your ability to work during deployment, and we purchased a laptop to make sure you had the tools to contribute remotely.

From my perspective as a founder, I didn't anticipate that we would need to provide ongoing directives for you to engage. Ownership carries an expectation of initiative, risk, and accountability — that's the



**Jeremy Schnipke** Chat  Shared  Storyline

Jeremy Schnipke Tuesday 3:26 PM

This is not an attack on your deployment or your service, that's always been highly respected. I do want to point out, though, that we went through the process of getting JAG verification that there was no restriction on your ability to work during deployment, and we purchased a laptop to make sure you had the tools to contribute remotely.

From my perspective as a founder, I didn't anticipate that we would need to provide ongoing directives for you to engage. Ownership carries an expectation of initiative, risk, and accountability — that's the standard Andrew and I have held ourselves to since day one.

Also, to clarify — the reset & earn-in option does not make you "just an employee." You'd be the only individual offered stock options, meaning you'd still have a pathway to equity ownership tied directly to contributions and performance. No other employee would have that opportunity.

That said, I also understand your position that you're not interested in pursuing that path. If that's the case, then Option 1 — a clean buyout becomes the logical direction to explore. Keep in mind this wouldn't be coming from a corporate fund — it would have to be paid directly out of Andy's and my pockets. The terms would reflect reimbursement for your early involvement, not a windfall.

That said, I also understand your position that you're not interested in pursuing that path. If that's the case, then Option 1 — a clean buyout becomes the logical direction to explore. Keep in mind this wouldn't be coming from a corporate fund — it would have to be paid directly out of Andy's and my pockets. The terms would reflect reimbursement for your early involvement, not a windfall.

Most importantly, this isn't intended to be an emotional matter — it's a business matter. The goal is to make things fair and equitable based on real contributions, while still leaving the door open for you to be rewarded if you step into the kind of role and contributions we originally envisioned.

Tuesday 3:32 PM

To clarify, I went to the JAG and did that process.

Jeremy Schnipke  Tuesday 3:58 PM

You're right, you did go through JAG for that process, and I'll acknowledge that. But the bigger point is that the ability to work was confirmed, and you had the tools in place to do so. Even with that, we didn't see the level of contribution that matched the ownership position you hold.

To be clear, this isn't about deployment, we respect and acknowledge your service, and that has always



**Chat**

Unread | Channels | **Chats**

- Copilot
- Discover
- @ Mentions
- Followed threads

**Favorites**

- Addam Orsburn (You)

**Chats**

- Scotti Orsburn
- Andrew Valkenburg
- Adam Earhart
- Jeremy Schnipke
- Sales Team
- Brian Baswell

---

**Jeremy Schnipke**   Chat   Shared   Storyline

Tuesday 3:32 PM

To clarify, I went to the JAG and did that process.

Jeremy Schnipke  Tuesday 3:58 PM

You're right, you did go through JAG for that process, and I'll acknowledge that. But the bigger point is that the ability to work was confirmed, and you had the tools in place to do so. Even with that, we didn't see the level of contribution that matched the ownership position you hold.

To be clear, this isn't about deployment, we respect and acknowledge your service, and that has always been valued. The issue is that despite those circumstances, the contributions and risk on the table haven't lined up with the equity position.

That's really the heart of why we brought this discussion up, not to diminish what you've done, but because the balance of contributions versus ownership hasn't lined up. We would like to get to a structure that reflects reality and sets the company up to succeed moving forward.

Yesterday

Yesterday 6:37 AM

Type a message



**Jeremy Schnipke** 1:47 PM

I do appreciate the time you've spent talking through ideas with Andy and trying to find a path forward. I know this hasn't been an easy conversation, and none of this is meant to be personal. You were part of getting things started, and that's not something I've forgotten.

That said, the company today is in a completely different place than when you left. The time, money, and effort that's gone into building and keeping things moving has been substantial, and there's just too big of a gap to bridge. While I understand there were limits on what you could do while deployed, the reality is that the expected level of contribution didn't materialize and we can't base ownership on the promise of future involvement that never came together.

Because of that, I don't think an earn-in or reset structure really makes sense anymore. We're just too far apart in what's fair and what's realistic for where the company is now. The cleanest and fairest path forward is a buyout so we can all move ahead with clarity.

We've already got an attorney helping with the process, and they've offered to bring in a neutral mediator if it helps keep things straightforward and fair for everyone. My goal is simply to get this handled the right way and leave things on good terms.

# EXHIBIT W

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | Chat Session | Message Date | Read Date | Service | Type | Sender ID | Sender Name | Text |
| 2 | Andrew Valkenburg | 9/24/2024 22:55 | 9/24/2024 22:55 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Neil is lighting me up hahaha |
| 3 | Andrew Valkenburg | 9/24/2024 22:55 | 9/24/2024 22:55 | iMessage | Outgoing | | | You have no clue how many organizations run with it and donâ€™t take the time to understand it.<br>The fukn accountant loses his shit |
| 4 | Andrew Valkenburg | 9/24/2024 22:55 | 9/24/2024 22:55 | iMessage | Outgoing | | | The owner is pissed at everyone<br>And the employees donâ€™t give a fuck they just want paid |
| 5 | Andrew Valkenburg | 9/24/2024 22:55 | 9/24/2024 22:55 | iMessage | Outgoing | | | And nobody knows what the fuck they are talking about |
| 6 | Andrew Valkenburg | 9/24/2024 22:56 | 9/24/2024 22:56 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Thatâ€™s why I donâ€™t want to grow too quickly and I wanted everyone on this team to have ownership so we need to work these things out |
| 7 | Andrew Valkenburg | 9/24/2024 22:58 | 9/24/2024 22:58 | iMessage | Outgoing | | | You guys need me as much as I need you. |
| 8 | Andrew Valkenburg | 9/24/2024 22:58 | 9/24/2024 22:58 | iMessage | Outgoing | | | Neil was gonna kill somebody |
| 9 | Andrew Valkenburg | 9/24/2024 23:00 | 9/24/2024 23:00 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | I was just explaining that to Neil. Think of it from my perspective. I am not qualified to run a business but I am qualified to run federal sales. Thatâ€™s why I need you guys and want you all to have ownership because no one of us could do this on our own and the other 3 I think would collapse without the fourth. Iâ€™ve been thinking about this team for several years now because of the value each person brings. And I need everyone to care enough to take 30 minutes to argue about terminology which wouldnâ€™t happen if you didnâ€™t have a stake haha |
| 10 | Andrew Valkenburg | 9/24/2024 23:02 | 9/24/2024 23:02 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Thatâ€™s why I was so adamant on building a team of owners otherwise itâ€™s just salespeople waiting to be paid I need people to help me make this successful not just do a job. And if we all make that happen we get rich |
| 11 | Andrew Valkenburg | 9/24/2024 23:02 | 9/24/2024 23:02 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | I truly think 3/4 of us couldnâ€™t do this job. We need all 4 |
| 12 | Andrew Valkenburg & Je | 10/2/2024 10:02 | | iMessage | Outgoing | | | Not sure. Is the company an LLC now |
| 13 | Andrew Valkenburg & Je | 10/2/2024 10:04 | 10/2/2024 10:14 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Yes itâ€™s an LLC sole prop and we need to move to an S Corp for tax reasons and for us to all become owners |
| 14 | Andrew Valkenburg & Je | 10/2/2024 10:10 | 10/2/2024 10:14 | iMessage | Incoming | 14192033215 | Jeremy Schnipke | Iâ€™ll call a lawyer now |

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | Chat Session | Message Date | Read Date | Service | Type | Sender ID | Sender Name | Text |
| 15 | Andrew Valkenburg & J | 10/2/2024 10:14 | 10/2/2024 10:14 | iMessage | Incoming | 14847146122 | Neil Valkenburg | When setting up s corp ask him about salaries and payroll taxes |
| 16 | Andrew Valkenburg & J | 10/7/2024 12:03 | 10/7/2024 12:09 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Need the summarized questions for a lawyer |
| 17 | Andrew Valkenburg & J | 10/7/2024 12:03 | 10/7/2024 12:09 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Iâ€™m here now |
| 18 | Andrew Valkenburg & J | 10/7/2024 12:04 | 10/7/2024 12:09 | iMessage | Incoming | 14847146122 | Neil Valkenburg | Can we backdate the articles of organization prior to all business activity to be setup and taxed as a partnership |
| 19 | Andrew Valkenburg & J | 10/7/2024 12:05 | 10/7/2024 12:09 | iMessage | Incoming | 14192033215 | Jeremy Schnipke | Do we want to do that? |
| 20 | Andrew Valkenburg & J | 10/7/2024 12:05 | 10/7/2024 12:09 | iMessage | Incoming | 14847146122 | Neil Valkenburg | You can also ask him if thatâ€™s what we want to do |
| 21 | Andrew Valkenburg & J | 10/7/2024 12:05 | 10/7/2024 12:09 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Iâ€™ll ask about consequences of each if he knows |
| 22 | Andrew Valkenburg & J | 10/7/2024 12:05 | 10/7/2024 12:09 | iMessage | Incoming | 14192033215 | Jeremy Schnipke | I thought we wanted to be set up as an LLC with multiple owners and taxed as an s corp |
| 23 | Andrew Valkenburg & J | 10/7/2024 12:05 | 10/7/2024 12:09 | iMessage | Incoming | 14847146122 | Neil Valkenburg | LLC can be a partnership. Thatâ€™s what I did not know that the CPA told me |
| 24 | Andrew Valkenburg & J | 10/7/2024 12:05 | 10/7/2024 12:09 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | So in other words formed as a partnership and taxed as an SCorp |
| 25 | Andrew Valkenburg & J | 10/7/2024 12:06 | 10/7/2024 12:09 | iMessage | Incoming | 14847146122 | Neil Valkenburg | Partnership and Scorp main difference is payroll requirements |
| 26 | Andrew Valkenburg & J | 10/7/2024 12:06 | 10/7/2024 12:09 | iMessage | Incoming | 14192033215 | Jeremy Schnipke | Whatâ€™s the difference between an LLP vs an LLC with multiple owners |
| 27 | Andrew Valkenburg & J | 10/7/2024 12:06 | 10/7/2024 12:09 | iMessage | Incoming | 14192033215 | Jeremy Schnipke | But we can be an LLC with a S Corp taxation and still have multiple owners |
| 28 | Andrew Valkenburg & J | 10/7/2024 12:07 | 10/7/2024 12:09 | iMessage | Incoming | 14847146122 | Neil Valkenburg | With our capital the partnership gives us same ability to split equity without requiring us to run payroll. Payroll costs money outside of what weâ€™re paying people |
| 29 | Andrew Valkenburg & J | 10/7/2024 12:07 | 10/7/2024 12:09 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Ok so what am I asking? ðŸ˜, |

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | Chat Session | Message Date | Read Date | Service | Type | Sender ID | Sender Name | Text |
| 30 | Andrew Valkenburg & Je | 10/7/2024 12:08 | 10/7/2024 12:09 | iMessage | Incoming | 14847146122 | Neil Valkenburg | Can the LLC be a partnership. Yes or no<br><br>Should we be a partnership or Scorp?<br><br>Benefits and negatives of each<br><br>If we are going with Scorp can we afford the payroll |
| 31 | Andrew Valkenburg & Je | 10/7/2024 12:09 | 10/7/2024 12:09 | iMessage | Incoming | 14192033215 | Jeremy Schnipke | From what Iâ€™ve read and LLP is more of a headache than a multi member LLC |
| 32 | Andrew Valkenburg & Je | 10/7/2024 12:09 | 10/7/2024 12:09 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Iâ€™m just going to tell him we formed as a Sole Prop but think itâ€™s not beneficial to us. ask him consequences of different formations and if he can reform it for us because we understand we need a lawyer to file that |
| 33 | Andrew Valkenburg & Je | 10/7/2024 12:09 | 10/7/2024 12:09 | iMessage | Incoming | 14192033215 | Jeremy Schnipke | I think our best bet is telling them our situation and I think the tentative plan should be a multiple member llc taxed as an S corp |
| 34 | Andrew Valkenburg & Je | 10/7/2024 12:09 | 10/7/2024 12:09 | iMessage | Incoming | 14847146122 | Neil Valkenburg | A partnership can be an LLC it doesnâ€™t have to be an LLP |
| 35 | Andrew Valkenburg & Je | 10/7/2024 12:10 | 10/7/2024 12:10 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Iâ€™ll ask about that too then |
| 36 | Andrew Valkenburg & Je | 10/7/2024 12:10 | 10/7/2024 12:10 | iMessage | Incoming | 14847146122 | Neil Valkenburg | Ask if the tax election for Scorp requires payroll the same way as an organized Scorp does |
| 37 | Andrew Valkenburg & Je | 10/7/2024 12:11 | 10/7/2024 12:11 | iMessage | Incoming | 14192033215 | Jeremy Schnipke | Changing to a multi member LLC should be easy, but can we back date it? And how long can we back date changes |
| 38 | Andrew Valkenburg & Je | 10/7/2024 12:12 | 10/7/2024 12:15 | iMessage | Incoming | 14847146122 | Neil Valkenburg | My concern is if we go Scorp and weâ€™re mandated to pay ourselves do we have the capital for that? So if Scorp is the route he suggests we need to know how that salary requirement works |
| 39 | Andrew Valkenburg & Je | 10/7/2024 12:13 | 10/7/2024 12:15 | iMessage | Incoming | 14192033215 | Jeremy Schnipke | I believe we can remain and LLC, I can divide the company to into 4 and we can opt to be taxed as an Scorp but be governed as an llc |
| 40 | Andrew Valkenburg & Je | 10/7/2024 12:17 | 10/7/2024 12:22 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Weâ€™re gonna have to get on the phone guys |

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | Chat Session | Message Date | Read Date | Service | Type | Sender ID | Sender Name | Text |
| 41 | Andrew Valkenburg & Je | 10/7/2024 12:25 | 10/7/2024 12:25 | iMessage | Incoming | 14847146122 | Neil Valkenburg | I have a client appointment in like 3 minutes but all I want to know is if we can backdate and what he thinks is better for us as an LLC, electing to be a Partnership or Scorp, and the future cost of both. |
| 42 | Andrew Valkenburg & Je | 10/7/2024 12:25 | 10/7/2024 12:26 | iMessage | Incoming | 14192033215 | Jeremy Schnipke | Iâ€™m also tied up at the moment. But I concur with neil |
| 43 | Andrew Valkenburg & Je | 10/7/2024 12:26 | 10/7/2024 12:26 | iMessage | Incoming | 14847146122 | Neil Valkenburg | If everyone else wants to be a Scorp and the lawyer suggests that we will figure out how to pay the salary |
| 44 | Andrew Valkenburg & Je | 10/7/2024 12:26 | 10/7/2024 12:26 | iMessage | Incoming | 14847146122 | Neil Valkenburg | And important that we are remaining an LLC and keeping the same EIN. Thatâ€™s a nonstarter so we donâ€™t have to shut down operations |
| 45 | Andrew Valkenburg & Je | 10/7/2024 12:27 | 10/7/2024 12:27 | iMessage | Incoming | 14192033215 | Jeremy Schnipke | I donâ€™t think we want to be an Scorp, I believe we just want to be taxed as one. I believe they are separate things |
| 46 | Andrew Valkenburg & Je | 10/7/2024 12:39 | 10/7/2024 12:39 | iMessage | Incoming | 14847146122 | Neil Valkenburg | Boutta tell someone they owe 75k in federal taxes. If I die give my % to my cat |
| 47 | Andrew Valkenburg & Je | 10/7/2024 12:48 | 10/7/2024 12:51 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Ok I got the info on reformation. Any other general questions |
| 48 | Andrew Valkenburg & Je | 10/7/2024 12:54 | 10/7/2024 12:58 | iMessage | Incoming | 14847146122 | Neil Valkenburg | Well that depends what he said what was his advice on structure |

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | **Chat Session** | **Message Date** | **Read Date** | **Service** | **Type** | **Sender ID** | **Sender Name** | **Text** |
| 49 | Andrew Valkenburg & Je | 10/7/2024 13:13 | 10/7/2024 13:13 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Long story short. Stick as LLC. He pulled up our company online and said we did it right, we will hire a CPA and have them file for us to elect to pay as S Corp. he walked me through the other options and all had a major con. This is what he does for his business and what he recommends to everyone<br><br>We may need new EIN but itâ€™s a CPA question.<br><br>He reviewed all of our documents for free and said it has the bare bones we need. If we ever want him to draft something he will for a fee and he will represent the company but not any of us individually in the event of a dispute<br><br>Recommends we get an insurance agent and life insurance, liability insurance, and potentially a wire transfer type of insurance. Potentially add the OK warehouse to liability policy.<br><br>Recommends that all employee agreements mention that we will litigate via GA. We donâ€™t want to potentially have to do anything with lawyers outside of GA.<br><br>He says our business model is sick and he thinks in a years time the payroll isnâ€™t gonna be a problem of if we can pay ourselves but if we donâ€™t raise it high enough every year and the IRS gets pissed.<br><br>He said the CPA will tell us a fair and reasonable salary we need to pay ourselves and if we donâ€™t make enough there can just be a |
| 50 | Andrew Valkenburg & Je | 10/7/2024 13:22 | 10/7/2024 13:29 | iMessage | Incoming | 14847146122 | Neil Valkenburg | What kind of capital are we going to need to accomplish this |
| 51 | Andrew Valkenburg & Je | 10/7/2024 13:22 | 10/7/2024 13:29 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | To accomplish what |
| 52 | Andrew Valkenburg & Je | 10/7/2024 13:23 | 10/7/2024 13:29 | iMessage | Incoming | 14847146122 | Neil Valkenburg | Everything you just said |
| 53 | Andrew Valkenburg & Je | 10/7/2024 13:24 | 10/7/2024 13:29 | iMessage | Incoming | 14847146122 | Neil Valkenburg | The legal fees, Insurance, CPA all of those things will cost money. The insurance especially |

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | Chat Session | Message Date | Read Date | Service | Type | Sender ID | Sender Name | Text |
| 54 | Andrew Valkenburg & Je | 10/7/2024 13:24 | 10/7/2024 13:29 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | We can hire a CPA for $400 a month max he said and obviously insurance costs money but that's not necessary until we have employees driving work trucks |
| 55 | Andrew Valkenburg & Je | 10/7/2024 13:25 | 10/7/2024 13:29 | iMessage | Incoming | 14847146122 | Neil Valkenburg | Okay. Theoretically the Scorp election should keep our EIN |
| 56 | Andrew Valkenburg & Je | 10/7/2024 13:26 | 10/7/2024 13:29 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | He said the holy trifecta for us is gonna be a lawyer being a phone call away, a CPA once a year at minimum to update our salaries and perform taxes and whatever else to keep us out of jail, and a financial advisor (you) whose job isn't to keep us out jail but to work with the CPA to make us the most money |
| 57 | Andrew Valkenburg & Je | 10/7/2024 13:27 | 10/7/2024 13:29 | iMessage | Incoming | 14847146122 | Neil Valkenburg | Yeah I can work with the CPA every year for tax prep and tax planning that's too easy |
| 58 | Andrew Valkenburg & Je | 10/7/2024 13:27 | 10/7/2024 13:29 | iMessage | Incoming | 14847146122 | Neil Valkenburg | What did he say about backdating the organization |
| 59 | Andrew Valkenburg & Je | 10/7/2024 13:28 | 10/7/2024 13:29 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | He said we are already organized correctly we just elect to pay taxes differently so shouldn't matter but it's a CPA question |
| 60 | Andrew Valkenburg & Je | 10/7/2024 13:28 | 10/7/2024 13:29 | iMessage | Incoming | 14847146122 | Neil Valkenburg | Hmmm then how do we establish ownership %? |
| 61 | Andrew Valkenburg & Je | 10/7/2024 13:29 | 10/7/2024 13:29 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | He said the only thing the government tracks is that we have an LLC they don't give a shit about who owns what within it |
| 62 | Andrew Valkenburg & Je | 10/7/2024 13:29 | 10/7/2024 13:29 | iMessage | Incoming | 14192033215 | Jeremy Schnipke | I believe we just have to establish that in the operating agreement and file taxes appropriately |
| 63 | Andrew Valkenburg & Je | 10/7/2024 13:29 | 10/7/2024 13:29 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | That's what he said too |
| 64 | Andrew Valkenburg & Je | 10/7/2024 13:29 | 10/7/2024 13:32 | iMessage | Incoming | 14847146122 | Neil Valkenburg | Okay so the CPA that does the LLC return will need all our info to generate the K1s |
| 65 | Andrew Valkenburg & Je | 10/7/2024 13:30 | 10/7/2024 13:32 | iMessage | Incoming | 14847146122 | Neil Valkenburg | The K1 is the form all of us will receive for our personal taxes which reports our shares of business income/loss |
| 66 | Andrew Valkenburg & Je | 10/7/2024 13:30 | 10/7/2024 13:32 | iMessage | Incoming | 14192033215 | Jeremy Schnipke | Correct, i believe that's really the biggest part of splitting the business |

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | Chat Session | Message Date | Read Date | Service | Type | Sender ID | Sender Name | Text |
| 67 | Andrew Valkenburg & Je | 10/9/2024 10:13 | 10/9/2024 10:16 | iMessage | Incoming | 14847146122 | Neil Valkenburg | But in the not so distant future I can reach out there and see if I canâ€™t dig up a requirement. Those nuclear bases have insane budgets |
| 68 | Andrew Valkenburg & Je | 10/9/2024 10:13 | 10/9/2024 10:16 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Yeah we arenâ€™t struggling right now but when we talk about retiring early I imagine you making a sale to them and we all go home afterwards haha |
| 69 | Andrew Valkenburg & Je | 10/9/2024 10:16 | 10/9/2024 10:16 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Ok cap stat changes are in. Our general mailbox will be stratlog@strategic-logix.com |
| 70 | Andrew Valkenburg & Je | 10/9/2024 10:17 | 10/9/2024 10:18 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Tag line: weâ€™ve got<br>1. Where needs meet solutions<br>2. Your partner in strategic procurement planning and execution<br><br>I like the idea of â€œyour partnerâ€ I also like the idea of where ___ meets ___. Because the gif shows us bridging a gap. |
| 71 | Andrew Valkenburg & Je | 10/9/2024 10:19 | 10/9/2024 10:20 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Maybe something like â€œwe make your organization wholeâ€ or â€œfilling capabilities gapsâ€ |
| 72 | Andrew Valkenburg & Je | 10/9/2024 10:20 | | iMessage | Outgoing | | | You neednâ€™t worry your majority owner head about our ways. ðŸ˜¯ |

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | Chat Session | Message Date | Read Date | Service | Type | Sender ID | Sender Name | Text |
| 73 | Andrew Valkenburg | 10/22/2024 3:17 | 10/22/2024 3:21 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Scotti is our Account Executive. This is huge for us. Obviously we haven't signed a contract or gone over roles and responsibilities or expectations so this will evolve but my initial plan is:<br><br>Our Account Executive is the ultimate failsafe for the business. Someone who knows sales, customer service, systematics, etc. they call to check in on customers periodically, they give hints to the sales reps and make them look good with the info they get. They fill in for a salesperson when sick, they manage revolving accounts, and when they have time they improve systems. They would have a hand in literally every system from quoting to paperwork to POs to fulfillment and will be our heartbeat on how things are going. This position will eventually need to be salary but for now I vote that the owners (majority Andrew and Jeremy) pay out money directly from dividends quarterly at the absolute minimum and more frequently if possible. |
| 74 | Andrew Valkenburg | 10/22/2024 10:37 | 10/22/2024 12:15 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | In accordance with the systems engineering I'm doing on the business last night and today I want to retitle you as Director of Business Development. You'd still be over our Field Pros but 1. It's a higher position typically 2. In the two companies I know structure and use them as a basis both BDDs are 5-10% owners and 3. It implies you do more than sales which you do |

| | A | B | C | D | E | F | G | I |
|---|---|---|---|---|---|---|---|---|
| 1 | Chat Session | Message Date | Read Date | Service | Type | Sender ID | Sender Name | Text |
| 75 | Andrew Valkenburg | 11/14/2024 8:13 | 11/14/2024 8:23 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | So Jeremy came up with a very good idea I think to make paying for equipment more fair and objective in the future so we don't run into the laptop issue again. Because he feels like 1. Someone spending their own money on shit is not okay and we're obviously trying to pay ourselves and employees well and 2. We don't want this to be a recurring problem especially when it gets to higher dollar amounts<br><br>So each of us gets 5% of quarterly profits to spend on equipment at our discretion. If you don't use it 50% of that is paid out in a bonus. |
| 76 | Andrew Valkenburg & Je | 12/30/2024 15:09 | 12/30/2024 15:09 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Alright. We'll see what happens but worst case scenario, our company is worth $20M. So congrats fellas Addam you're now worth $4M and Jeremy and I are worth $8.1M<br><br>Best case scenario the company is worth $47M and Addam is worth 9.4M and me and jeremy are worth $19M each. |
| 77 | Andrew Valkenburg & Je | 12/30/2024 15:09 | | iMessage | Outgoing | | | Don't you mean Worst case "Ontario" |
| 78 | Andrew Valkenburg & Je | 12/30/2024 15:10 | | iMessage | Outgoing | | | Scenario, ha. Get a load of this guy. |
| 79 | Andrew Valkenburg & Je | 12/30/2024 15:10 | 12/30/2024 15:10 | iMessage | Incoming | 14192033215 | Jeremy Schnipke | Oh fuck yeah. Great work gents |
| 80 | Andrew Valkenburg & Je | 12/30/2024 15:10 | 12/30/2024 15:10 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Yes I did mean that |
| 81 | Andrew Valkenburg & Je | 12/30/2024 15:10 | | iMessage | Outgoing | | | Well done gentlemen.<br>Virtual high fives all around |
| 82 | Andrew Valkenburg & Je | 12/30/2024 15:11 | 12/30/2024 15:11 | iMessage | Incoming | 14842259132 | Andrew Valkenburg | Now we have a whole new set of problems. Jeremy and I have to fulfill this and Addam is gonna get kidnapped and held for ransom by Somalis which I will not pay |

# EXHIBIT X

8:23



‹ AV **Andrew Valken...**

And his number better
He knows that.

**May 23, 2025** 1:26 PM

Yeah exactly.

We originally said low dollar was 60M, so I think that ballpark is probably fine where I wouldn't be upset

1:26 PM

60 million is probably the hill.

I think. For you to sleep at night

1:27 PM

Well for all of us. If we're talking about selling we gotta all be on board. I think that's low but acceptable yeah

That's $22.5M for me and what like 12M for you before taxes. Still better than we could've expected in September lol

1:31 PM

Well I wanted to do something, build something great with you guys. Something lasting and meaningful that gave me some purpose and something that Scotti and I could do together as well. That didn't take me away from home as much and allowed co-travel. Being a part of a business

Hiring people and training them,

 Message

probably knows that process better than me.   May 23, 2025

12 million dollars would retire me and I would be indefinitely grateful and more than willing to play whatever role I needed to stand up another business or whatever that looked like. Not sure the new ownership would want to keep me around while deployed so that doesn't sound like a fair ask. Maybe they just buy me out completely.

Or were you thinking negotiating salaries?

And no, zero shot I would have said this company would come this far in this short amount of time. We were hoping for a 2.5 million dollar year and I thought maybe it would do 3-4 if we got super lucky.   1:40 PM

I am definitely negotiating us salaries if we do sell out and advisory roles. It's a nonnegotiable in fact. I'm not done with this business by any stretch.

And yeah I'm with you. I can't wait for you to come back in any capacity and

Message

8:23

< AV Andrew Valken...

I thought maybe it would do 3-4 if we got super

May 23, 2025    1:40 PM

I am definitely negotiating us salaries if we do sell out and advisory roles. It's a nonnegotiable in fact. I'm not done with this business by any stretch.

And yeah I'm with you. I can't wait for you to come back in any capacity and see this shit. It's out of control bro. But yeah the thought of being done already and set for life low risk is kinda cool but it has to be for the right amount for sure

1:42 PM

Dude 12 million dollars I would never have to struggle again. I could be home with my family, I'd sell my properties that were pain in my asses, I'd build a house on that hill at my wife's parents place.
I would work but I'd never ever really work again. Only what I enjoyed, which this stuff I enjoy.

At 100 million, I may disappear again. And no shit if that was on the table time now I'd put in hardship, have you

Message

I'd demand to come home and I think



8:24

AV  Andrew Valken...

I would work but I'd never ever really work aga ~~May 23, 2025~~ enjoyed, which this stuff I enjoy.

At 100 million, I may disappear again. And no shit if that was on the table for time now I'd put in hardship, have you draft a letter to end my tour of duty early.

I'd demand to come home and I think they'd grant it. All it's got to say is "negotiating the sell of our company for 100 million dollars all owners are required."

1:48 PM

Yeah 100%. And bro in 5 years when our contracts are up we just do it again

1:49 PM

What sucks is we will be the faces but we will also be the bitches. These guys with this type of money know exactly what to do and they will lay it out. We will have to bend over and take it.
That's the cost of this.

The price we receive is great, but t cost we will pay will also be painful at times

Message

I don't think I'm gonna see it that way. I've learned how much I dont

8:24

 Andrew Valken...

1:56PM

May 23, 2025

Yeah. These guys have seen business at billion dollar levels. Their level of comprehension and what they've learned is unmatched.
I'm eager to learn from them bc I love that shit.
It's like you're looking at a city from above and someone points out, that's actually a snow globe, so you pull back and now you see the whole globe. You think, wow I can see everything and then someone taps you on the shoulder and says actually, this globe is in this house, take a look... and it just keeps going and going.
That level of comprehension is difficult to even imagine bc we box ourselves in so much.
It's what goes under appreciated with guys like President Trump. He didn't get there by accident. 2:05PM

Yeah I by no means have even a fraction of the experience of these guys and that's what I said too I care a lot about this 3:07PM

 Message

opportunity right here to make sure

8:24

AV  Andrew Valken...

get there by accident.                    2:05 PM

**May 23, 2025**

Yeah I by no means have even a fraction of the experience of these guys and that's what I said too I care a lot about this

3:07 PM

Well if the goal was to not ever have to work Again you have an opportunity right here to make sure that happens.
Very few people your age have accomplished this feat, especially the first go around.
These guys sound serious but only you have met them face to face. They could be full of shit.
My only advice would be to only speak what has to be said.
They will gather just as much for what is not said then is said.
Everyone has a number, they know that, they also know a good business when they see one, if they believe like you this could be a billion dollar business 100 million dollars is a steal.
Negotiating salaries is easy money for them you won't have an issue with that.
I'd say 3 year contracts.         5:16 PM

+  Message

That was really good and really appreciated advice



11:45

< AV **Andrew Valkenburg** ⊘

How we Fri, Jun 6 talk to  11:33 PM

Nah. but they were great and believe in this  11:33 PM

So that number won't stick  11:33 PM

Okay. Well then what is our goal With them  11:41 PM

Our goal is get as much in valhation as possible and then creatively negotiate for below that number while keeping jobs and retaining some ownership  11:55 PM

Which 75% would do  11:55 PM

Exactly  11:55 PM

Sun, Jun 8

What's up brother  11:43 PM

What up  11:44 PM

https://share.google/ PPiocdGwHvGWMdeT7

Message

< AV **Andrew Valkenburg** ⓧ

On the road for c  Fri, Jun 6  d 46hrs awake straight this week    10:17 PM

Damnit son    10:17 PM

How'd the ice thing go? We finally had the investor meeting. Looks like they're thinking $250M for 75%

So you'd have 5% left and a salaried job, me and Jeremy would have 9.4% and Neil would have the other 1% and change. Gotta negotiate salaries and still keep trudging along to even secure that but looking good    10:20 PM

Looks like you'd get $37.5M, about $30M after taxes    10:23 PM

Shut up

You're lying    10:51 PM

Nope. It definitely wasn't a slap of the table but they were probing values and that's where we kinda landed    11:18 PM

Man I wanted to be in that meeting,

Message









Andrew Valkenburg ®

Sun, Jun 22

3:55 PM

Mon, Jun 23

Missed voice call · 6:43 PM

**Call Back**

Got a buyout proposal for you    6:55 PM

Outgoing voice call · 6:59 PM

**Call Again**

We want company trucks and expense cards.
Obviously    7:53 PM

Well I think with $50M we can do that.
8:08 PM

Message





7:41

< AV **Andrew Valkenburg** ②    ◻︎    ☎︎

Yeah dude these guys [Sun, Jun 29] ut of control haha

Good luck defending yourself from that most countries

So much happened this week actually. Also our investor meeting is tomorrow at 1

Our new bottom dollar gets you $10M cash and $10M equity.

That option only gives me $10M for company capital, but also a line of credit beyond that. Which I think is fairly appeasing to these guys    9:01 PM

10 before taxes    9:01 PM

No pretty sure it was 10 after    9:01 PM

And 5% still and a job    9:02 PM

Correct    9:02 PM

And a Raptor custom black Forr green

+    Message    ◻︎    ◎    ⎘

11:40

< AV **Andrew Valkenburg** ⊛    🎥    📞

Sun, Jun 29

dude  8:56 PM ✓

Yeah dude these guys are out of control haha

Good luck defending yourself from that most countries

So much happened this week actually. Also our investor meeting is tomorrow at 1

Our new bottom dollar gets you $10M cash and $10M equity.

That option only gives me $10M for company capital, but also a line of credit beyond that. Which I think is fairly appeasing to these guys  9:01PM

10 before taxes  9:01PM ✓

No pretty sure it was 10 after  9:01PM

And 5% still and a job  9:02PM ✓

Correct  9:02PM

And a Raptor custom black Correct

Message  🏷️ 📷 🎤

10:15

AV  Andrew Valken...

It's a win win    4:42 AM

Sep 17, 2025

Yeah it was nice knowing you    4:43 AM

Hahahahahaha

My kids get my cut.
Goodbye my friend    4:43 AM

Alright so I'm just gonna mark down
that I own 57.5% of StratLog now

No no no no I called it first    4:44 AM

No no no    4:44 AM

I'm on a plane it's lagging    4:44 AM

Hahahahaha

Liar!!!    4:44 AM

Can you send pics from a plane
4:44 AM

Yeah

Should I not do that COA    4:44 AM

+    Message

# EXHIBIT Y

To:   Sean Hollars



**Sean Hollars** in

3ID Chief Innovation Officer | Strategic Planning |
Transitioning Military Executive | Future Financial Advisor |
Special Needs Advocate | Veteran Supporter

JAN 18

**Addam Orsburn** ⊘ · 1:19 pm

Hi sir, I think you know my partner and co-
owner of Strategic Logix but we've never
officially met. Hope all is well!

**Sean Hollars** ⊘ · 1:20 pm

Great to virtually meet you as well. Loved
working with Andrew when he was in and
glad to see his company doing so well!

 👍 1    🙂+

JAN 20

**Addam Orsburn** ⊘ · 11:01 am

Thank you sir, he talks about you all the
time, appreciate your mentorship with him,
he's definitely a young man with lots of
potential and talent.

📎   Write a message...    🎤

# EXHIBIT Z

# CERTIFICATE OF UNIFORMED SERVICE

When completed, this form contains personally identifiable information and is protected in accordance with the Privacy Act of 1974, as amended, and DoD 5400.11-R, DoD Privacy Program.

| 1. NAME (Last, First, Middle) | 2. BRANCH AND COMPONENT | 3. DOD ID NUMBER | 4. SERIAL NUMBER: |
|---|---|---|---|
| ORSBURN, ADDAM, LEON | ARMY/ARNG | 1530524961 | A2025123100380-0 |

| 5a. GRADE, RATE OR RANK | b. PAY GRADE | 6. DATE OF BIRTH (YYYYMMDD) |
|---|---|---|
| CPT | O3 | ███████ |

| 7a. MILITARY SERVICE OBLIGATION TERMINATION DATE (YYYYMMDD) | b. RESERVE STATUS FOR OBLIGATION (SELRES/IRR) | c. CONTACT PHONE NUMBER (Civilian) | d. CONTACT EMAIL ADDRESS (Civilian) |
|---|---|---|---|
| 00000000 | NA | 405/501-1883 | SEE REMARKS |

| 8a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| MUSKOGEE, OK | BARTLESVILLE, OK |

| 9a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| 1120 EN DET   ENGINEER UTILIT | FT BLISS, TX 79918 |

| 10. COMMAND TO WHICH TRANSFERRED | 11. SGLI COVERAGE ☐ NONE |
|---|---|
| 1120 EN DET   ENGINEER UTILIT | AMOUNT: $ 500000 |

| 12. SPECIALITY (List number, title, and years and months in specialties involving periods of one or more years.) | 13. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 12A ENGINEER - 5 YRS 11 MOS //NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | 2025 | 01 | 11 |
| | b. SEPARATION DATE THIS PERIOD | 2026 | 01 | 25 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0001 | 00 | 15 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 02 | 13 |
| | e. TOTAL ACTIVE SERVICE | 0001 | 02 | 28 |
| | f. TOTAL INACTIVE SERVICE | 0007 | 08 | 13 |
| | g. FOREIGN SERVICE | 0000 | 10 | 00 |
| | h. SEA SERVICE | 0000 | 00 | 00 |
| | i. INITIAL ENTRY TRAINING | 0000 | 00 | 00 |
| | j. EFFECTIVE DATE OF PAY GRADE | 2024 | 09 | 06 |

| 14. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 15. UNIFORMED SERVICE EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| ARMED FORCES RESERVE MEDAL W-M DEVICE //ARMY RESERVE COMPONENTS ACHIEVEMENT MEDAL (2ND AWARD)  //HUMANITARIAN SERVICE MEDAL //NATIONAL DEFENSE SERVICE // CONT IN BLOCK 20 ////// ////////////// ////////// //////// //////// //////// | //NOTHING FOLLOWS |

| 16. DAYS ACCRUED LEAVE PAID | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | ☐ YES ☒ NO |
|---|---|---|
| 0 | | |

| 18. RETIREMENT SYSTEM OPTION | ☐ FINAL ☐ HIGH-3 ☐ REDUX ☒ BRS | 19. DD214-1 (Accompanies this DD214) | ☐ YES ☒ NO |
|---|---|---|---|

**20. REMARKS**

ADDAM.L.ORSBURN.MIL@ARMY.MIL//ORDERED TO ACTIVE DUTY IN SUPPORT OF COUNTER TERROR EXORD-AFRICOM PER 10 USC 12302//SERVICE IN DJIBOUTI/SOMALIA/KENYA FROM 20250205-20251204//SOLDIER HAS COMPLETED PERIOD FOR WHICH ORDERED TO ACTIVE DUTY-FOR PURPOSE OF POST – SERVICE BENEFITS AND ENTITLEMENTS // CONT FROM BLOCK 14:  MEDAL //OVERSEAS SERVICE RIBBON //AR//SEE ATTACHED CONTINUATION SHEET ////// ////////////// ////////////// //////// //////// ////////

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 21a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | 21b. NEAREST RELATIVE (Name and address - include ZIP code) |
|---|---|
| 1909 MOONLIGHT DRIVE, BARTLESVILLE, OK, 74006 | SARAH ORSBURN, 1909 MOONLIGHT DRIVE, BARTLESVILLE, OK, 74006 |

| 22. MEMBER REQUESTS DATA SHARE WITH (Specify state/locality) | OK | OFFICE OF VETERANS AFFAIRS ☒ YES ☐ NO |
|---|---|---|

| 23a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 24. OFFICIAL AUTHORIZED TO SIGN | |
|---|---|---|---|
| ORSBURN.ADDAM.LEON.1530524961,USA,PKI,DoD,U.S. Government,US | 20251212 | a. NAME, GRADE AND TITLE<br>LUNA,ALEX, Contractor | c. DATE (YYYYMMDD)<br>20251212 |
| | | b. SIGNATURE<br>LUNA.ALEX.1610774730,CONTRACTOR,PKI,DoD,U.S. Government,US | |

**SPECIAL ADDITIONAL INFORMATION** (For use by authorized agencies only)

| 25. TYPE OF SEPARATION | 26. CHARACTER OF SERVICE |
|---|---|
| REFRAD | HONORABLE |

| 27. SEPARATION AUTHORITY | 28. SEPARATION CODE | 29. REENTRY CODE |
|---|---|---|
| AR 600-8-24 | MBK | NA |

**30. NARRATIVE REASON FOR SEPARATION**

COMPLETION OF REQUIRED ACTIVE SERVICE

**31. DATES OF TIME LOST DURING THIS PERIOD**

NONE

**DD FORM 214, FEB 2022**

PREVIOUS EDITION IS OBSOLETE.

**SERVICE**

Page 1 of 2

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES. Case 1:26-cv-01637-VMC    Document 9-2    Filed 04/30/26    Page 127 of 129

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS
RENDER FORM VOID

## CERTIFICATE OF UNIFORMED SERVICE *(Continuation Sheet)*

When completed, this form contains personally identifiable information and is protected in accordance with the Privacy Act of 1974, as amended, and DoD 5400.11-R, DoD Privacy Program.

| 1. NAME *(Last, First, Middle)* | 2. BRANCH AND COMPONENT | 3. DOD ID NUMBER | 4. SERIAL NUMBER: |
|---|---|---|---|
| ORSBURN, ADDAM, LEON | ARMY/ARNG | 1530524961 | A2025123100380-0 |

*(Specify the item number of the block continued for each entry.)*

MY SERVICE RIBBON //GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL //GLOBAL WAR ON TERRORISM SERVICE MEDAL //ARMY COMMENDATION MEDAL //ARMY ACHIEVEMENT MEDAL //NOTHING FOLLOWS

**DD FORM 214, FEB 2022**  PREVIOUS EDITION IS OBSOLETE.  Page __2__ of __2__

# EXHIBIT AA

NATIONAL GUARD BUREAU
ARMY NATIONAL GUARD
111 SOUTH GEORGE MASON DRIVE
ARLINGTON VIRGINIA 22204-1373

DARNG-GLZ-A                                                              06 MAR 2026
ORDERS: NG-6065-00013

ORSBURN ADDAM LEON                          DB          CPT EN ▮▮▮▮▮▮▮▮
1909 MOONLIGHT DR                                       WY6QAA
BARTLESVILLE, OK 74006-0000


YOU ARE ORDERED TO ACTIVE DUTY UNDER PROVISION OF SECTION 12301 (H), TITLE 10 UNITED STATES
CODE FOR THE PERIOD SHOWN PLUS THE TIME NECESSARY TO TRAVEL. YOU WILL PROCEED FROM YOUR HOME
OR CURRENT LOCATION IN TIME TO REPORT FOR DUTY ON THE DATE SHOWN BELOW. UPON COMPLETION OF
THIS DUTY, UNLESS SOONER RELEASED, YOU WILL RETURN TO YOUR HOME AND UPON ARRIVAL BE RELEASED
FROM ACTIVE DUTY.

RPT TO: 0120 EN BN HHC HHC ENGR BN WPS3T0 8000 EAST NEW ORLEANS STREET  BROKEN ARROW OK
740143689
REPORT DATE/TIME: 11 MAR 2026
PERIOD OF ACTIVE DUTY:50 DAYS INCLUDING ACCUM LEAVE END DATE: 29 APR 2026
PURPOSE: TO PARTICIPATE IN RESERVE COMPONENT MANAGED CARE-MOBILIZATION FOR MANAGED MEDICAL
 CARE. MOBILIZATION
ASG TO: 1120 EN DET ENGINEER UTILIT WY6QAA 6800 SOUTH CHEROKEE STREET  MUSKOGEE OK 744038020
ADDITIONAL INSTRUCTIONS:  EARLY REPORTING IS NOT AUTHORIZED. PERMANENT CHANGE OF STATION IS
 NOT AUTHORIZED. ORDERS WILL NOT BE EXTENDED TO ALLOW FOR USAGE OF ACCRUED LEAVE. SERVICE
 MEMBER IS ON RCMC ACTIVE DUTY ORDERS TO COMPLETE MEDICAL CARE AND TREATMENT. YOU ARE
 ORDERED TO ACTIVE DUTY WITH THE CONSENT OF THE STATE GOVERNOR. DA FORM 3349 (PHYSICAL
 PROFILE) WILL BE PROVIDED TO DUTY SITE SUPERVISOR. ARNG-FINANCIAL SERVICE CENTER,
 INDIANAPOLIS, IN WILL MANAGE AND MONITOR ALL RCMC ORDERS. SM WILL BE EXCLUDED FROM THE
 ACTIVE ARMY END STRENGTH, PER 10 USC, SEC 115(D) AND WILL NOT BE PLACED ON THE ACTIVE DUTY
 LIST (10 USC, SEC 620(A)). ACCRUED LEAVE TREATED IAW 37, USC, SEC 501.  CDR WILL ALLOW SM
 THE OPPORTUNITY TO USE ACCRUED LEAVE WITHIN THE CURRENT PERIOD. THIS PERIOD IS EXEMPT FROM
 THE 5 YEAR CUMULATIVE SERVICE LIMIT ON REEMPLOYMENT RIGHTS UNDER TITLE 38, USC, SEC
 4312(C)(4)(B). IF EXPIRATION TERM OF SERVICE (ETS) IS WITHIN THE RCMC TIME PERIOD, SM MUST
 EXTEND TO COVER THIS PERIOD OF AD PRIOR TO THE REPORTING DATE OF THE ORDERS. RELEASE FROM
 ACTIVE DUTY IS REQUIRED UPON COMPLETION OF MEDICAL CARE. SM WILL SIGN INTO THE DUTY
 LOCATION AND REPORT TO THE DUTY SITE SUPERVISOR NLT 1300 ON THE REPORTING DATE. CONTACT
 EMPLOYER SUPPORT OF THE GUARD AND RESERVE REGARDING EMPLOYMENT / REEMPLOYMENT RIGHTS AT 1-
 800-336-4590 OR CHECK ONLINE AT WWW.ESGR.ORG. STATE MILITARY PERSONNEL MANAGEMENT OFFICE
 WILL PREPARE RELEASE ORDERS AND DD FORM 214 OR DD FORM 220 UPON COMPLETION OF AD.
 UNEXECUTED PORTION OF ORDER WILL BE RESCINDED BY THE ORDER PUBLISHING AUTHORITY. SOLDIER
 HAS BEEN COUNSELED AND ACKNOWLEDGES ALL SPECIAL INSTRUCTIONS AND PARTICIPATION REQUIREMENTS
 IAW ARNG-HRP POLICY MEMORANDUM 19-039.UCMJ AUTHORITY IS WITH THE COMMANDER OF FT SILL.

FOR ARMY USE: AUTHORITY:
ACCT CLAS: 21 6/7 2010.0000 01-1100 1A100000 11**/12** VFRE F1201 01FFVP S12120
  ORS8609T500013 CIC:

MDC: N/A          HOR: SAME AS SNL                              PMOS/AOC: 12A
SEX: M            PPN: N/A        COMP: ARNG        RES GR: CPT    BASIC BR: EN
DORRES: 06 SEP 2024             PEBD: 15 FEB 2017    SCTY CL: SECRET
FORMAT: 162

FOR THE SECRETARY OF THE ARMY:

**************                         QUESCHAE B. BLUE-CLARK
*   DARNG    *                         COL, AG
*  OFFICIAL  *                         CHIEF, PERSONNEL SERVICES DIVISION
**************


DISTRIBUTION: 1 SOLDIER
 1 0120 EN BN HHC HHC ENGR BN 8000 EAST NEW ORLEANS STREET  BROKEN ARROW OK 740143689
 1 1120 EN DET ENGINEER UTILIT 6800 SOUTH CHEROKEE STREET  MUSKOGEE OK 744038020