# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:26-cv-01637-VMC
## Orsburn v. Tandem Defense LLC et al
## Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 06/09/2026.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 4:20 P.M.          COURT REPORTER: Wynette Blathers
TIME IN COURT: 5:35                       DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Patrick Fagan representing Addam Orsburn<br>Scott King representing Andrew Valkenburg<br>Alexander Meier representing Addam Orsburn<br>Kimberly Worth representing Jeremy Schnipke<br>Peter Wozniak representing Tandem Defense LLC |
| PROCEEDING CATEGORY: | Evidentiary Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | Plaintiff's evidence began. Jeremy Schnipke, Andrew Valkenburg sworn and testified. Pla exhs 1, 2, 3, 4, 5 admitted. Hearing adjourned to be continued to a later date. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 10:00 am 6/23/2026. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |
| ADDL HEARING(S) SCHEDULED: | Preliminary Injunction Hearing set for 6/23/2026 at 10:00 AM in Courtroom 2105; |

Case 1:26-cv-01637-VMC    Document 37    Filed 06/09/26    Page 2 of 2