IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADDAM ORSBURN,<br><br>  Plaintiff,<br><br>v.<br><br>TANDEM DEFENSE LLC, JEREMY SCHNIPKE, and ANDREW VALKENBURG,<br><br>  Defendants. | Civil Action No.<br>1:26-cv-01637-VMC |

**ORDER**

This matter is before the Court on the following motions:

- Plaintiff Addam Orsburn's Emergency Motion for Preliminary Injunction (Doc. 9);

- Defendant Andrew Valkenburg's Motion to Dismiss (Doc. 18);

- Defendant Jeremy Schnipke's Motion to Dismiss (Doc. 19); and

- Defendant Tandem Defense LLC's Motion to Dismiss (Doc. 21).

For the reasons stated on the record, the Court **GRANTS IN PART** and

**DENIES IN PART** Plaintiff's Emergency Motion for Preliminary Injunction (Doc.

9). The Court finds that Plaintiff demonstrated that Defendants Tandem Defense

LLC, Jeremy Schnipke, and Andrew Valkenburg violated the Uniformed Services

Employment and Re-employment Rights Act of 1994, 38 U.S.C. § 4301 *et seq.*

("USERRA") by discriminating and retaliating against him, and that he is entitled to some injunctive relief. Therefore, Defendants Tandem Defense LLC, Jeremy Schnipke, and Andrew Valkenburg, as well as their officers, agents, servants, employees, and attorneys; and other persons who are in active concert or participation with the preceding persons or entities with actual notice of this order (altogether "Defendants"), are hereby **ORDERED** as follows:

- Over the pendency of this action, Plaintiff accepted an offer of employment as the Director of Business Development at Strategic Logix LLC with a base salary of $215,000 in addition to a potential 20 percent sales commission. Defendants are **ENJOINED** from terminating Plaintiff from this position while this litigation is pending.[1]

- Defendants are additionally **ENJOINED** from making any disparaging remarks about Plaintiff which could hinder his ability to obtain other employment. This includes sharing information relating to or about his conduct during his deployment as well as information Defendants learned as a result of their personal relationship with him.

It is **FURTHER ORDERED** that Defendant Tandem Defense LLC, Jeremy Schnipke, and Andrew Valkenburg's Motions to Dismiss (Docs. 18, 19, 21) are **DENIED** because the Court found that Plaintiff is entitled to seek relief under

---

[1] Plaintiff is free to resign from this position, if he so chooses.

USERRA and that Defendants qualify as "employers" under USERRA. Plaintiff's verbal request to amend the complaint is **GRANTED**. The amended complaint shall be filed **NO LATER THAN** July 15, 2026.

Moreover, the Court determines in its discretion that this case would benefit from mediation. *See* LR 16.7(1), NDGa. The parties are **DIRECTED** to file a Joint Preliminary Report and Discovery Plan that includes a proposal for mediation **NO LATER THAN** July 8, 2026. In the JPRDP, the parties should indicate whether they seek a referral to a Magistrate Judge or plan to use a private mediator. The parties should also provide the Court with their proposals regarding the scope of discovery pending mediation.

**SO ORDERED** this 24th day of June, 2026.

_____
Victoria Marie Calvert
United States District Judge

3